UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
UNITED STATES OF AMERICA,

FILED

2020 DEC 22  PM 4: 39

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
DEPUTY

| | |
|---|---|
| KYLE HOLLAND, Plaintiff | § |
| 4430 Menchaca Rd. #3 | § |
| Austin, Texas 78745 | § |
| | § |
| Vs. | § |
| | § |
| MARGARET MIRABAL, Defendant | § |
| 1000 Guadalupe St. | § |
| Austin, Texas 78701 | § |
| In the Interest of Alexis and Nicolas Holland | § |

No. 1:20 CV1239DAE

## COMPLAINT:

**COMES NOW:** KYLE HOLLAND (hereinafter referred to as Plaintiff), to report to the court that MARGARET MIRABAL has been witnessed engaging in conduct prejudicial to the effective, and expeditious, administration of the business of a court. MARGARET MIRABAL is unable to discharge all the duties of the office by reason of mental, and emotional, instabilities, which are caused by MARGARET MIRABAL'S Prejudiced Ideologies and Racist Beliefs. According to Penal Code Title 3- PUNISHMENTS, Chapter 12 Subchapter A, General Provisions Sec. 12.47 (Penalty when offense is committed because of BIAS or PREJUDICE), Plaintiff asserts that it is a white collar crime for a Prejudiced Person to be a Judge, who presides over the Administration of the business of a Court. On November 25th, 2020 Nicole Villalpando (of the Austin American Statesman) published an article by the title: "University of Texas' Hogg Foundation declares racism a mental health crisis", long after the end of the "civil" war. TEXAS, along with the rest of the Southern States, within the United States of America, have long dealt with RACIST beliefs, and PREJUDICED IDEOLOGIES, by enshrining within the United States Constitution, protections against prejudiced and racist people administering a

court, AND within the PENAL CODE of Texas are LAWS which FORBID Prejudiced and Racist people from BEING JUDGES.

Plaintiff asserts that MARGARET MIRABAL has been receiving monetary payments from Texas Governor: Greg Abbott, and Texas Attorney General: Ken Paxton, to "act" as a "blocker" Judge on behalf of the following Texas "STATE" EMPLOYEES, and appointees of the "STATE" (to provide the following Texas "STATE" Employees, or appointees, with IMMUNITY from PROSECUTION, and to HINDER APPREHENSION, and PROSECUTION): ANDREW HATHCOCK, ANGIE HARTEL, ELIZABETH WHITED, DR. WILLIAM DUBIN, GABBY KOBERSKY, JACK SIGMAN, ED BURBACH, OFFICER STANLEY VICK, DR. CAVAZOS, E., ALAN MAYFIELD, ANDREW AUSTIN, BOB PEMBERTON, CINDY BOURLAND, DAVID EZRA, DAVID OLESKY, DAVID PURYEAR, ELIZABETH CHESTNEY, EVELYN KEYES, GREG HITT, HARVEY BROWN, JANE BLAND, JEFF ROSE, JOHN MCMASTER, LAURA HIGLEY, LEE YEAKEL, MARK LANE, MELISSA GOODWIN, MICHAEL MASSENGALE, REBECCA HUDDLE, ROBERT PITMAN, OFFICER SOTO, BRANDY MUELLER, RUSSELL LLOYD, SAM SPARKS, SCOTT FIELD, SCOTT JENKINS, SHERRY RADACK, TERRY JENNINGS, GREG ABBOTT, and KEN PAXTON. Plaintiff further asserts that MARGARET MIRABAL has been accepting monetary payments out of the "child support" payments that have been taken out of Plaintiff's paychecks, and unemployment checks, which were supposed to go to Kristine Scroggie, however the payments were NEVER PAID TO KRISTINE SCROGGIE. Instead of Ken Paxton and Greg Abbott making "Child Support" payments to Kristine Scroggie, Ken Paxton and Greg Abbott have been paying MARGARET MIRABAL (as a Texas "STATE" employee) to "act" as a "blocker" Judge on behalf of the aforementioned Texas "STATE" employees, and appointees, as

2

well as: KRISTINE SCROGGIE, CHARLES HOLLAND, DOUG BOUSAID, MARY ANN THOMPSON-FRENK, JENNA JACKSON, and VADIK MARMER, so that Judge MARGARET MIRABAL provides the aforementioned "bad" actors with IMMUNITY from PROSECUTION. Plaintiff recognizes that MARGARET MIRABAL gladly accepted the money from the "HEADS" of the "STATE" of Texas, as an employee of the "STATE" of Texas, with the malicious intent to OBSTRUCT PLAINTIFF from getting JUSTICE, and to HINDER APPREHENSION, and PROSECUTION of the aforementioned "bad" actors, by REFUSING to RECUSE Judge: ANDREW HATHCOCK, from Case#: D-1-FM-03-000048, in spite of Judge ANDREW HATHCOCK "officially" oppressing Plaintiff for the past SEVEN (7) YEARS.

Plaintiff now cites Penal Code Title 8. OFFENSES AGAINST PUBLIC ADMINISTRATION Chapter 38 Obstructing Governmental Operation Sec. 38.05. HINDERING APPREHENSION OR PROSECUTION. (a) A person commits an offense when, with intent to hinder the arrest, prosecution, conviction, or punishment of another for an offense or with intent to hinder the arrest of another under the authority of a warrant or capias, the person: (1) harbors or conceals the other; (2) provides or aids in providing the other with any means of avoiding arrest or effecting escape; or (3) warns the other of impending discovery or apprehension. (d) An offense under this section is a felony of the third degree when the person who is harbored, or concealed, is provided with a means of avoiding arrest or effecting escape, or warned of discovery or apprehension is under arrest for, charged with, or convicted of a felony, including an offense under Section 62.102, Code of Criminal Procedure. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1991, 72nd Leg., ch. 748, Sec. 1, eff. Sept. 1, 1991; Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994; Acts 1995, 74th Leg.,

3

ch. 318, Sec. 11, eff. 9/1/1995. Amended by: Acts 2005, 79th Leg., Ch. 607 (H.B. 2104), Sec. 1, eff. Sept 1, 2005. Acts 2007, 80th Leg., R.S., Ch. 593 (H.B. 8), Sec. 1.19, eff. Sept 1, 2007.

Plaintiff recognizes that MARGARET MIRABAL has "acted" against Plaintiff, as an employee of the "STATE" of Texas, with the malicious intent to keep Plaintiff from getting Justice, the same way that the Nazi "Christian" Third Reich instituted "blocker" Judges to practice law on behalf of the "STATE" of Germany, and the German "STATE'S" employees, with the malicious intent to keep non-members of the Nazi "Christian" Third Reich, or Jews, from getting Justice. Plaintiff asserts that Judge MARGARET MIRABAL has been subconsciously, AND consciously, ALLOWING BIASED and PREJUDICED reasoning to cloud her mind, in return for monetary payments from the Texas "HEADS OF STATE" (known as Greg Abbott, and Ken Paxton) so that Judge MARGARET MIRABAL has: 1) IGNORED the EVIDENCE that Plaintiff provided the court which PROVES that Texas "STATE" Judges: ANDREW HATHCOCK, and SCOTT JENKINS, took Plaintiff's children away when Plaintiff did not commit ANY CRIMES, AND that MARGARGET MIRABAL IGNORED the EVIDENCE that Plaintiff provided in an attempt to COVER UP the SCHEME. According to U.S. Code Title 18-CRIMES AND CRIMINAL PROCEDURE § 1001 - Statements or entries generally (a) Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully— (1) falsifies, **conceals**, or **covers up** by any trick, **scheme**, or device **a material fact**; (2) makes any materially false, fictitious, or fraudulent statement or representation; or (3) makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry; shall be fined under this title,

4

imprisoned not more than 5 years or, if the offense involves international or domestic terrorism (as defined in section 2331), imprisoned not more than 8 years, or both,

2) REFUSED to acknowledge that Plaintiff provided the court with a deposition of Dr. Dubin which PROVES that DR. DUBIN LIED UNDER OATH, and FALSIFIED a mental evaluation of plaintiff after Charles Holland (Plaintiff's father) agreed to pay Dr. Dubin $4,000 dollars to say what Charles Holland wanted Dr. Dubin to say, and Dr. Dubin had Gabby Kobersky (Dr. Dubin's former Office Manager) send the FALSIFIED mental evaluation of plaintiff to Jack Sigman AND Leslie Massad, without plaintiff's prior written consent, OR a court order, AND JUDGES: SCOTT JENKINS, and ANDREW HATHCOCK, attempted to COVER UP the SCHEME by SEALING THE COURT TRANSCRIPTS, while REFUSING to put the deposition of Dr. Dubin into the Court Reporter's RECORD.  Plaintiff recognizes that when MARGARET MIRABAL was given a chance to RECUSE ANDREW HATHCOCK from Case#: D-1-FM-03-000048 and open up the court to examine the evidence, and conduct a thorough investigation through "DISCOVERY", however MARGARET MIRABAL instead "acted" on her PREJUDICES and REFUSED to RECUSE ANDREW HATHCOCK, and then MARGARET MIRABAL even further attempted to COVER UP the SCHEME by IGNORING EVIDENCE, the same way that "Moscow" MITCH MCCONNELL had the Republican Senators IGNORE WITNESSES, AND EVIDENCE, in the IMPEACHMENT TRIAL of "DON the CON", and according to Texas Penal Code TITLE 8. OFFENSES AGAINST PUBLIC ADMINISTRATION Sec. 37.09.  TAMPERING WITH OR FABRICATING PHYSICAL EVIDENCE. (a) A person commits an offense WHEN, knowing that an investigation or official proceeding is pending or in progress, the person: (1) **conceals any record, document, or thing**

5

**with intent to impair its availability as evidence in the investigation or official proceeding**

(c) An offense under Subsection (a) is a felony of the third degree.

3) REFUSED to admit that LYING is a CRIME, with the malicious intent to COVER UP the SCHEME that ANDREW HATHCOCK and SCOTT JENKINS came up with to take Plaintiff's parental rights with Plaintiff's children away, when Plaintiff DID NOT COMMIT ANY CRIMES; a scheme which was carried out by the "STATE" of Texas, under the corrupt leadership of Greg Abbott, and Ken Paxton, based upon the LIES of Leslie Massad, Charles Holland, Mary Ann Thompson-Frenk, Doug Bousaid, Jenna Jackson, and KRISTINE SCROGGIE. Plaintiff has REPEATEDLY REQUESTED that the COURT ADMIT that LYING IS A CRIME, in spite of LIARS HATING to ADMIT that LYING is a CRIME, however MARGARET MIRABAL REFUSED to ADMIT that LYING is a CRIME, and instead MARGARET MIRABAL RUSHED to the DEFENSE of a fellow LYING, PREJUDICED and RACIST Judge, named: ANDREW HATHCOCK, in return for MONETARY PAYMENTS from the Texas "HEADS" of "STATE", known as: GREG ABBOTT, and KEN PAXTON. Plaintiff now cites: Texas Penal Code Chapter 6 culpability generally Sec. 6.01. REQUIREMENT of VOLUNTARY "ACT" or OMISSION. (a) A person (INCLUDING A JUDGE) commits an offense when the person voluntarily engages in conduct, including an "act". Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. 1/1/1974. Amended by Acts 1975, 64th Leg., p. 913, ch. 342, Sec. 3, eff. 9/1/1975; Acts 1993, 73rd Leg., ch. 3, Sec. 1, eff. 2/25/1993; Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. 9/1/1994. Plaintiff asserts that IGNORING EVIDENCE IS an "ACT" of OMISSION and,

Sec. 6.03. DEFINITIONS OF CULPABLE MENTAL STATES. (a) A person acts intentionally, or with intent, with respect to the nature of their conduct or to a result of their

conduct when it is their conscious objective or desire to engage in the conduct or cause the result (in case#: D-1-FM-03-000048, JUDGES ANDREW HATHCOCK, and SCOTT JENKINS, and MARGARET MIRABAL, and TEXAS GOVERNOR: GREG ABBOTT, and TEXAS ATTORNEY GENERAL: KEN PAXTON, and 7 FEDERAL JUDGES, in Texas, AND 18 more Texas "STATE" JUDGES all "ACTED" INTENTIONALLY with the MALICIOUS INTENT to CONSCIOUSLY VIOLATE PLAINTIFF'S CIVIL LIBERTIES with PLAINTIFF'S CHILDREN, in spite of Plaintiff NOT HAVING COMMITTED ANY CRIMES. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994 AND,

Sec. 6.04. CAUSATION: CONDUCT AND RESULTS. (a) A person is criminally responsible if the result would not have occurred but for his conduct, operating either alone or concurrently with another cause, unless the concurrent cause was clearly sufficient to produce the result and the conduct of the actor clearly insufficient. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994 AND, Chapter 7 Criminal responsibility for conduct of another Sec. 7.01. PARTIES TO OFFENSES. (a) A person is criminally responsible as a party to an offense if the offense is committed by his own conduct, by the conduct of another for which he is criminally responsible, or by both. (b) Each party to an offense may be charged with commission of the offense. (c) All traditional distinctions between accomplices and principals are abolished by this section, and each party to an offense may be charged and convicted without alleging that he acted as a principal or accomplice. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994 AND,

7

Sec. 7.02. CRIMINAL RESPONSIBILITY FOR CONDUCT OF ANOTHER. (a) A person

(EVEN A JUDGE) is criminally responsible for an offense committed by the conduct of another

(JUDGE) when: (1) acting with the kind of culpability required for the offense, the person

causes or aids an innocent or nonresponsible person to engage in conduct prohibited by the

definition of the offense; (2) acting with intent to promote or assist the commission of the

offense, the person (INCLUDING A JUDGE) attempts to aid the other person (INCLUDING A

JUDGE) to commit the offense; or (3) having a legal duty (A JUDGE) to prevent commission of

the offense (A JUDGE "ACTING" WITH PREJUDICE or BIAS) and acting with intent to

promote, or assist, its commission, the person fails to make a reasonable effort to prevent

commission of the offense (JUDGE MARGARET MIRABAL ASSISTED JUDGES ANDREW

HATHCOCK, and SCOTT JENKINS, in depriving an American Civilian of their GOD-GIVEN,

UNALIENABLE, EQUAL HUMAN RIGHTS, with his Children (Alexis and Nicolas Holland)

in case#: D-1-FM-03-000048, wherein JUDGES ANDREW HATHCOCK, and SCOTT

JENKINS, had previously "ACTED" together with the MALICIOUS INTENT to deprive an

innocent American Civilian of their GOD-GIVEN, UNALIENABLE, EQUAL HUMAN

RIGHTS, to be with his children based upon ANDREW HATHCOCK'S, and SCOTT

JENKIN'S PREJUDICED IDEOLOGIES, and RACIST BELIEFS, which guided ANDREW

HATHCOCK, and SCOTT JENKINS to take away P/V/D'S CHILDREN when P/V/D DID

NOT COMMIT ANY CRIMES, other than reporting the RAPE of P/V/D'S BLACK

GIRLFRIEND (JLJ) by: VADIK MARMER, who PROUDLY posted a video on Facebook

BRAGGING about BRAINWASHING GIRLS into the "BURNING MAN CULT", after

VADIK MARMER SADLY COERCED JLJ into getting an ABORTION, in exchange for JLJ to

be seen living the CELEBRITY "LIFESTYLE" of a PROSTITUTE for the: "BURNING MAN",

8

in San Francisco). (b) If, in the attempt to carry out a conspiracy to commit one felony, another felony is committed by one of the conspirators, all conspirators are guilty of the felony actually committed, though having no intent to commit it, if the offense was committed in furtherance of the unlawful purpose and was one that should have been anticipated as a result of the carrying out of the conspiracy. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994 AND,

Sec. 7.03. DEFENSES EXCLUDED. In a prosecution in which an actor's criminal responsibility is based on the conduct of another, the actor may be convicted on proof of commission of the offense and that the person was a party to its commission, and it is no defense: (1) that the actor belongs to a class of persons that by definition of the offense is legally incapable of committing the offense in an individual capacity (such as a Judge named: MARGARET MIRABAL, or ANDREW HATHCOCK, or SCOTT JENKINS, or ANY of the other Judges in the named related Case wherein the Judges "ACTED" TOGETHER with the MALICIOUS INTENT to deprive Plaintiff of Plaintiff's civil liberties with his children based upon the Judges having PREJUDICED IDEOLOGIES and RACIST BELIEFS); or (2) that the person for whose conduct the actor is criminally responsible has been acquitted, has not been prosecuted or convicted, has been convicted of a different offense or of a different type or class of offense, or is immune from prosecution. Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994 AND,

4) Purposefully denied Plaintiff's Legal Parental Rights to Alexis and Nicolas Holland when Alexis was 14 and Nicolas was 11, which is an OFFENSE AGAINST THE FAMILY, according to: Penal Code Title 6. Offenses against the family Chapter 25 Sec.22.04. INJURY TO A CHILD. (a) A person commits an offense when the person intentionally, knowingly,

recklessly, or with criminal negligence, by act or intentionally, knowingly, or recklessly by omission, causes a child: (2) serious mental deficiency, impairment, or injury. (c) In this section: (1) "Child" means a person 14 years of age or younger. (e) An offense under Subsection (a) (2) is a felony of the first degree when the conduct is committed intentionally or knowingly,

5) Attempted to COVER UP the SCHEME to deprive Plaintiff of Plaintiff's LEGAL PARENTAL RIGHTS with Alexis and Nicolas Holland by purposefully denying Plaintiff's Legal RIGHT to Representation which is in violation of Art. 1.051. Right to Representation by COUNSEL. (a) A party in a court case is entitled to be represented by counsel in an adversarial judicial proceeding. The right to be represented by counsel includes the right to consult in private with counsel sufficiently in advance of a proceeding to allow adequate preparation for the proceeding,

6) Purposefully signed a court order based upon MARGARET MIRABAL'S PREJUDICES, failing to RECUSE Judge ANDREW HATHCOCK from case#: D-1-FM-03-000048, with the malicious intent to COVER UP THE SCHEME by keeping court transcripts SEALED, and according to Texas Penal Code TITLE 8. OFFENSES AGAINST PUBLIC ADMINISTRATION Sec. 37.10. Tampering With Governmental Record. **A person commits an offense when the person: intentionally impairs the availability of a governmental record.** A person is presumed to intend to harm another if the person acts with respect to two or more of the same type of governmental records and when each governmental record is a document issued by government. When conduct that constitutes an offense under this section also constitutes an offense under Section 32.48 or 37.13, the actor may be prosecuted under any of those sections. With the consent of the appropriate Local County or district attorney, the attorney general has concurrent jurisdiction with that consenting local prosecutor to

10

prosecute an offense under this section AND (a) A person commits an offense when the person: (1) knowingly makes a false entry in a governmental record; (2) makes, presents, or uses any record, document, or thing with knowledge of its falsity and with intent that it be taken as a genuine governmental record,

7) Purposefully denied Plaintiff a JURY TRIAL in violation of Art. 1.12. (RIGHT TO JURY. The right of trial by jury shall remain inviolate. Acts 1965, 59th Leg., vol. 2, p. 317, ch. 722.) with the malicious intent to COVER UP THE SCHEME,

8) Purposefully IGNORED that Plaintff reported the FELONY RAPE of Jenna Lenee Jackson by Vadik Marmer, in an attempt to cover up the scheme, and to HINDER the APPREHENSION of, and PROSECUTION of: VADIK MARMER,

9) Purposefully "ACTED" in combination with the Texas "STATE" Governor (Greg Abbott), and the Texas "STATE" Attorney General (Ken Paxton), and Texas "STATE" Judges: ANDREW HATHCOCK, and SCOTT JENKINS, and Texas "STATE" Guardian Ad Litem: LESLIE MASSAD to retaliate against Plaintiff (by taking away Plaintiff's LEGAL PARENTAL RIGHTS with Alexis and Nicolas Holland) simply because Plaintiff had the courage to come forward to report Vadik Marmer for RAPING JENNA LENEE JACKSON after Vadik Marmer PROUDLY posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see, in an attempt to cover up the scheme, and in an attempt to hinder the apprehension of Vadik Marmer, and to hinder the prosecution of Vadik Marmer,

10) Purposefully IGNORED Plaintiff's EVIDENCE showing that Jenna Lenee Jackson LIED TO POLICE OFFICERS, in an attempt to cover up the scheme, and to hinder the apprehension of, and the prosecution of: Jenna Jackson,

11

11) Purposefully IGNORED Plaintiff's EVIDENCE showing that Vadik Marmer INTERCEPTED Jenna's oral communications via email, and then THREATENED PLAINTIFF WITH VIOLENCE FOR ASKING JENNA TO TELL JENNA'S TRUE LIFE STORY, in an attempt to cover up the scheme, and in an attempt to hinder the apprehension of, and prosecution of: Vadik Marmer,

12) Purposefully IGNORED Plaintiff's EVIDENCE showing that KRISTINE SCROGGIE and LESLIE MASSAD LIED UNDER OATH, in an attempt to cover up the scheme, and in an attempt to hinder the apprehension of, and prosecution of: Kristine Scroggie, and Leslie Massad,

13) Purposefully IGNORED Plaintiff's EVIDENCE showing that DOUG BOUSAID STOLE $25,000 out of a joint account with Plaintiff, in an attempt to cover up the scheme, and in an attempt to hinder the apprehension of, and prosecution of: Doug Bousaid,

14) Purposefully IGNORED Plaintiff's EVIDENCE showing that MARY ANN THOMPSON-FRENK LIED in an AFFIDAVIT, in an attempt to cover up the scheme, and in an attempt to hinder the apprehension of, and the prosecution of: Mary Ann,

15) Purposefully IGNORED the SIGNED AFFIDAVITS of: KRISTA MONROE, CHRIS GARY, RAYMOND HOLDRIDGE, RHONDA FINNEY, BRANDI STOKES, and MARK KOLASKE, in an attempt to cover up the scheme, and in an attempt to hinder the apprehension of, and prosecution of: ANDREW HATHCOCK, and SCOTT JENKINS. Plaintiff now cites Penal Code Title 8. OFFENSES AGAINST PUBLIC ADMINISTRATION Chapter 71 organized crime Sec. 71.01. DEFINITIONS. In this chapter, (a) "Combination" means three or more persons who collaborate in carrying on criminal activities, although: (1) participants may not know each other's identity; (2) membership in the combination may change from time to

12

time;  and (3) participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations. (b) "Conspires to commit" means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement. An agreement constituting conspiring to commit may be inferred from the acts of the parties. (c) "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section 71.02. (d) "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities. Added by Acts 1977, 65th Leg., p. 922, ch. 346, Sec. 1, eff. June 10, 1977. Amended by Acts 1989, 71st Leg., ch. 782, Sec. 1, eff. Sept. 1, 1989;  Acts 1991, 72nd Leg., ch. 555, Sec. 1, eff. Sept. 1, 1991; Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994;  Acts 1995, 74th Leg., ch. 318, Sec. 23, eff. Sept. 1, 1995 AND,

Sec. 71.02. ENGAGING IN ORGANIZED CRIMINAL ACTIVITY. (a) A person commits an offense when, with the intent to establish, maintain, or participate in a combination or in the profits of a combination or as a member of a criminal street gang, the person commits or conspires to commit one or more of the following: (1) murder, capital murder, aggravated kidnapping, kidnapping, aggravated assault, aggravated sexual assault, sexual assault, assault punishable as a Class A misdemeanor; (3) promotion of prostitution, aggravated promotion of prostitution, or compelling prostitution; (5) unlawful manufacture, delivery, dispensation, or distribution of a controlled substance or dangerous drug, or unlawful possession of a controlled substance or dangerous drug through forgery, fraud, misrepresentation, or deception; (5-a) causing the unlawful delivery, dispensation, or distribution of a controlled substance or

13

dangerous drug in violation of Subtitle B, Title 3, Occupations Code; (6) any unlawful wholesale promotion or possession of any obscene material with the intent to wholesale promote the same; (7) any offense under Subchapter B, Chapter 43, depicting or involving conduct by or directed toward a child younger than 18 years of age; (8) any felony offense under Chapter 32; (9) any offense under Chapter 36; (10) any offense under Chapter 34, 35, or 35A; (11) any offense under Section 37.11(a); (12) any offense under Chapter 20A; (13) any offense under Section 37.10; (14) any offense under Section 38.06, 38.07, 38.09, or 38.11; (15) any offense under Section 42.10; (16) any offense under Section 46.06(a)(1) or 46.14; (17) any offense under Section 20.05 or 20.06; or (18) any offense classified as a felony under the Tax Code. (b) Except as provided in Subsections (c) and (d), an offense under this section is one category higher than the most serious offense listed in Subsection (a) that was committed, and if the most serious offense is a Class A misdemeanor, the offense is a state jail felony, except that the offense is a felony of the first degree punishable by imprisonment in the Texas Department of Criminal Justice for: (1) life without parole, if the most serious offense is an aggravated sexual assault and if at the time of that offense the defendant is 18 years of age or older and: (A) the victim of the offense is younger than six years of age; (B) the victim of the offense is younger than 14 years of age and the actor commits the offense in a manner described by Section 22.021(a)(2)(A); or (C) the victim of the offense is younger than 17 years of age and suffered serious bodily injury as a result of the offense; (2) life or for any term of not more than 99 years or less than 30 years if the most serious offense is an offense under Section 20.06 that is punishable under Subsection (g) of that section; or (3) life or for any term of not more than 99 years or less than 15 years if the most serious offense is an offense punishable as a felony of the first degree, other than an offense described by Subdivision (1) or (2). (c) Conspiring to commit

14

an offense under this section is of the same degree as the most serious offense listed in Subsection (a) that the person conspired to commit. (d) At the punishment stage of a trial, the defendant may raise the issue as to whether in voluntary and complete renunciation of the offense he withdrew from the combination before commission of an offense listed in Subsection (a) and made substantial effort to prevent the commission of the offense. If the defendant proves the issue in the affirmative by a preponderance of the evidence the offense is the same category of offense as the most serious offense listed in Subsection (a) that is committed, unless the defendant is convicted of conspiring to commit the offense, in which event the offense is one category lower than the most serious offense that the defendant conspired to commit. Added by Acts 1977, 65th Leg., p. 922, ch. 346, Sec. 1, eff. June 10, 1977. Amended by Acts 1981, 67th Leg., p. 2373, ch. 587, Sec. 1 to 3, eff. Sept. 1, 1981; Acts 1989, 71st Leg., ch. 782, Sec. 2, eff. Sept. 1, 1989; Acts 1991, 72nd Leg., ch. 555, Sec. 1, eff. Sept. 1, 1991; Acts 1993, 73rd Leg., ch. 761, Sec. 3, eff. Sept. 1, 1993; Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994; Acts 1995, 74th Leg., ch. 318, Sec. 24, eff. Sept. 1, 1995; Acts 1997, 75th Leg., ch. 189, Sec. 9, eff. May 21, 1997; Acts 1999, 76th Leg., ch. 685, Sec. 8, eff. Sept. 1, 1999; Acts 2003, 78th Leg., ch. 641, Sec. 3, eff. Sept. 1, 2003. Amended by: Acts 2005, 79th Leg., Ch. 1162 (H.B. 3376), Sec. 5, eff. September 1, 2005. Acts 2007, 80th Leg., R.S., Ch. 1163 (H.B. 126), Sec. 2, eff. September 1, 2007. Acts 2009, 81st Leg., R.S., Ch. 153 (S.B. 2225), Sec. 2, eff. September 1, 2009. Acts 2009, 81st Leg., R.S., Ch. 1130 (H.B. 2086), Sec. 1, eff. September 1, 2009. Acts 2009, 81st Leg., R.S., Ch. 1357 (S.B. 554), Sec. 2, eff. September 1, 2009. Acts 2011, 82nd Leg., R.S., Ch. 68 (S.B. 934), Sec. 8, eff. September 1, 2011. Acts 2011, 82nd Leg., R.S., Ch. 91 (S.B. 1303), Sec. 20.003, eff. September 1, 2011. Acts 2011, 82nd Leg., R.S., Ch. 223 (H.B. 260), Sec. 3, eff. September 1, 2011. Acts 2011, 82nd Leg., R.S., Ch. 620 (S.B. 688), Sec. 10, eff.

September 1, 2011. Acts 2011, 82nd Leg., R.S., Ch. 1200 (S.B. 158), Sec. 3, eff. September 1, 2011. Acts 2011, 82nd Leg., R.S., Ch. 1200 (S.B. 158), Sec. 4, eff. September 1, 2011. Acts 2013, 83rd Leg., R.S., Ch. 161 (S.B. 1093), Sec. 16.005, eff. September 1, 2013. Acts 2013, 83rd Leg., R.S., Ch. 1252 (H.B. 8), Sec. 21, eff. September 1, 2013. Acts 2013, 83rd Leg., R.S., Ch. 1325 (S.B. 549), Sec. 4(b), eff. September 1, 2013. Acts 2015, 84th Leg., R.S., Ch. 333 (H.B. 11), Sec. 16, eff. September 1, 2015 AND,

Sec. 71.022. COERCING, INDUCING, OR SOLICITING MEMBERSHIP IN A CRIMINAL STREET GANG. (a) A person commits an offense if the person knowingly causes, enables, encourages, recruits, or solicits another person to become a member of a criminal street gang which, as a condition of initiation, admission, membership, or continued membership, requires the commission of any conduct which constitutes an offense punishable as a Class A misdemeanor or a felony. (a-1) A person commits an offense if, with intent to coerce, induce, or solicit a child to actively participate in the activities of a criminal street gang, the person: (1) threatens the child or a member of the child's family with imminent bodily injury; or (2) causes bodily injury to the child or a member of the child's family. (b) Except as provided by Subsection (c), an offense under this section is a felony of the third degree. (c) A second or subsequent offense under this section is a felony of the second degree. (d) In this section: (1) "Child" means an individual younger than 17 years of age. (2) "Family" has the meaning assigned by Section 71.003, Family Code. Added by Acts 1999, 76th Leg., ch. 1555, Sec. 1, eff. Sept. 1, 1999. Amended by: Acts 2009, 81st Leg., R.S., Ch. 435 (H.B. 2187), Sec. 1, eff. September 1, 2009. Acts 2009, 81st Leg., R.S., Ch. 435 (H.B. 2187), Sec. 2, eff. 9/1/2009 AND,

Sec. 71.023. DIRECTING ACTIVITIES OF CRIMINAL STREET GANGS. (a) A person commits an offense WHEN the person, as part of the identifiable leadership of a criminal

street gang, knowingly finances, directs, or supervises the commission of, or a conspiracy to commit, one or more of the following offenses by members of a criminal street gang: (1) a felony offense that is listed in Article 42A.054(a), Code of Criminal Procedure; (2) a felony offense for which it is shown that a deadly weapon, as defined by Section 1.07, was used or exhibited during the commission of the offense or during immediate flight from the commission of the offense; or (3) an offense that is punishable under Section 481.112(e), 481.112(f), 481.1121(b)(4), 481.115(f), or 481.120(b)(6), Health and Safety Code. (b) An offense under this section is a felony of the first degree punishable by imprisonment in the Texas Department of Criminal Justice for life or for any term of not more than 99 years or less than 25 years. Added by Acts 2009, 81st Leg., R.S., Ch. 1130 (H.B. 2086), Sec. 3, eff. September 1, 2009. Amended by: Acts 2013, 83rd Leg., R.S., Ch. 1325 (S.B. 549), Sec. 5, eff. September 1, 2013. Acts 2015, 84th Leg., R.S., Ch. 770 (H.B. 2299), Sec. 2.85, eff. January 1, 2017 AND,

Sec. 71.03. DEFENSES EXCLUDED. It is no defense to prosecution under Section 71.02 that: (1) one or more members of the combination are not criminally responsible for the object offense; (2) one or more members of the combination have been acquitted, have not been prosecuted or convicted, have been convicted of a different offense, or are immune from prosecution; (3) a person has been charged with, acquitted, or convicted of any offense listed in Subsection (a) of Section 71.02; or (4) once the initial combination of three or more persons is formed there is a change in the number or identity of persons in the combination as long as two or more persons remain in the combination and are involved in a continuing course of conduct constituting an offense under this chapter. Added by Acts 1977, 65th Leg., p. 922, ch. 346, Sec. 1, eff. June 10, 1977. Amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

Plaintiff asserts that the "STATE" of Texas is a corporation, or association, which meets the definition of a CRIMINAL ORGANIZATION, which is under the corrupt leadership of Greg Abbott, and Ken Paxton, AND that Greg Abbott, and Ken Paxton have directed members of their political party to "act" with malicious intent towards innocent American Civilians, and as such Greg Abbott, and Ken Paxton, and their prejudiced JUDGES, and other "officers of the courts", may be HELD ACCOUNTABLE IN A COURT OF LAW for using the "STATE" of Texas to OFFICIALLY OPPRESS innocent American Civilians. Plaintiff recognizes that Judge MARGARET MIRABAL is REQUIRED to be RECUSED from a case when there is even an APPEARANCE of PREJUDICE or BIAS in a case however instead of RECUSING herself from the case Judge MARGARET MIRABAL willfully, and voluntarily, presided over the case, with the malicious intent to HARM PLAINTIFF. Plaintiff asserts that a Judge is supposed to be IMPARTIAL, while ADMINISTERING a court, so that JUSTICE is SERVED however the Judges in Texas, under the corrupt influence of Greg Abbott, and Ken Paxton, have been witnessed ROUTINELY practicing PREJUDICED and RACIST behavior, in their rulings, "under the color of law", for MONEY, which is paid to the Judges by Texas Governor: Greg Abbott, and Texas Attorney General: Ken Paxton, AND the Governor of Texas (Greg Abbott) is so BRAZENLY ARROGANT as the "HEAD OF STATE", that the motto for his CORRUPT REGIME is: "DON'T MESS WITH TEXAS". Plaintiff further asserts that Judge MARGARET MIRABAL "practiced" PREJUDICED BEHAVIOR AGAINST PLAINTIFF, as a competitive adversary of Plaintiff, which is a VIOLATION of the Judge's Canons, AND THE JUDGE'S CODE OF ETHICS, and as such Judge MARGARET MIRABAL may now be IMPEACHED for not practicing "good behavior", according to the Judge's Canons, that Judge MARGARET MIRABAL swore an oath, on the Bible, to live by, while talking to "GOD".

Plaintiff asserts that the PREJUDICED and RACIST BEHAVIOR of the Judges in Texas IS NOT A SECRET however the Prejudiced and Racist Judges are so full of their INFLATED EGOS that the Prejudiced and Racist Judges DO NOT CARE how many people around the world KNOW about the Prejudiced and Racist Judges in Texas, practicing their prejudiced and racist behavior, "under the color of law". Plaintiff found the following information about Judge Tim Sulak (another Texas "STATE" Judge who "acted" in a related case#: D-1-FM-17-03420) on the internet, and now respectfully submits the following information about Judge Tim Sulak to the Court: "Tim Sulak has a lengthy history of conducting himself in a dishonest and discriminatory manner. Additionally, he has engaged in a pattern of discrimination against vulnerable parents in a manner that puts domestic violence survivors and their children at risk for abuse. Judge Sulak has repeatedly ignored the abuse dynamic in cases before him and has demonstrated a willingness to engage in ex parte communications, and receive ex parte evidence, to justify his actions." Plaintiff provided the SAME INFORMATION ABOUT MARK LANE, SAM SPARKS, LEE YEAKEL, and ANDREW AUSTIN engaging in ex parte communications, in order to justify their actions, in the Federal Court, in Austin, Texas and now Plaintiff has brought this case against Judge MARGARET MIRABAL to put an end to Greg Abbott's, and Ken Paxton's corrupt regime, wherein Greg Abbott and Ken Paxton use the "STATE" of Texas as justification to take "child support" payments from American Civilians and use those "child support" payments to pay Judges, and enforcement officers, and other Texas "STATE" Employees, without ever paying the "child support" payments to the person that the "child support" payments were supposedly taken out for, which meets the definition of CRIMINAL ACTIVITY, under the "color of law", as a "HEAD of STATE".

19

Plaintiff now respectfully reminds the court that plaintiff provided the court with EVIDENCE which PROVES that the plaintiff has had money withheld from his paychecks, and unemployment checks, for "child support", and TWO INDEPENDENT CORPORATIONS have shown that the "child support" payments were NEVER PAID to Plaintiff's EX-WIFE: KRISTINE SCROGGIE.  Plaintiff also provided EVIDENCE which proves that the "TEXAS" Guardian Ad Litem in this case- LESLIE MASSAD, LIED UNDER OATH, to MALICIOUSLY VIOLATE Plaintiff's CIVIL LIBERTIES with Plaintiff's children, in RETALIATION for Plaintiff coming forward to report the RAPE of Plaintiff's BLACK GIRLFRIEND by a SEXUAL PREDATOR named: VADIK MARMER, who BRAGGED about BRAINWASHING GIRLS into a SATANIC CULT, in San Francisco, in PUBLIC, on Facebook and instead of the magistrate opening the court to EXAMINE the EVIDENCE through a "civil" process called "DISCOVERY", the Administrators of the Court are obstructing Justice by stonewalling the investigation, based upon their own PREJUDICES and BIASES.   Oddly enough, Judge ANDREW HATHCOCK, and Guardian Ad Litem-LESLIE MASSAD are the SAME BAD ACTORS in a related case (D-1-FM-17-003420) wherein a fellow American Citizen has come forward and REPEATEDLY shown that the Federal and "STATE" Judges, and other "officers of the courts" in Austin, and the surrounding areas, in Texas, are PURPOSEFULLY, KNOWINGLY, and INTENTIONALLY not following the LAWS, and are REFUSING to FOLLOW DUE PROCESS, and are IGNORING EVIDENCE.  In case#: D-1-FM-17-003420 the fellow American Civilian showed the court DNA EVIDENCE which PROVES that Judge BENJAMIN MARTIN HARDIN is the father of a child that was born out of wedlock during the time that Judge BENJAMIN MARTIN HARDIN HAD 17 YEAR, EXTRA MARITAL AFFAIR.  AFTER LEARNING WHAT ANDREW HATHCOCK AND LESLIE MASSAD DID

IN CASE#: D-1-FM-03-000048, it really is no surprise to learn that Judge ANDREW HATHCOCK and LESLIE MASSAD "acted" together in that case with Judge LORA LIVINGSTON to take the child from the mother and give the PARENTAL RIGHTS to a CORRUPT POLICE OFFICER named: BRYAN ALBERT O'QUINN, who is suspected of MOLESTING THE CHILD, and all of this CRIMINAL BEHAVIOR has taken place in broad daylight, under the "color of law", in spite of the Judges, and other "officers of the courts" swearing an oath, on the Bible, to live by the code of ethics, and Judges Canons, which govern a Judge's, or other "officer of the court's" behavior, while talking to "GOD", which means that the Federal, and "STATE" Judges, and other "officers of the courts", in Austin, and the surrounding areas, in Texas, are DELUSIONAL, for swearing an oath, to "GOD" without EVER intending to make good on the promise that the "CIVIL SERVANTS", made to "GOD", while placing their hand on a BIBLE.

Plaintiff AGREES with that fellow American Citizen and further asserts that the reason that the prejudiced people in the positions of JUDGES and other "officers of the courts" in Texas are DELUSIONAL is that the aforementioned prejudiced people do not believe that they may be IMPEACHED, FINED, IMPRISONED, and HAVE THEIR LAW LICENSES REVOKED for refusing to OPPOSE the CORRUPT INFLUENCE of Texas Governor: GREG ABBOTT, and KEN PAXTON. Plaintiff recognizes that in order to get RELIEF in a court of law, (from the "official oppression" of white collar criminals, who "practice" law with the malicious intent to violate people's constitutionally protected civil liberties, and God-given, unalienable, equal human rights), that ALL LYING, MONEY-LOVING, PREJUDICED, and RACIST, RELIGIOUS TERRORISTS, in positions of man-made power, and authority, within the human species, MUST be ERADICATED from the positions of Judges, Attorneys, Politicians,

21

Enforcement Officers, and other "OFFICERS of the COURTS", according to the very will of the "GOD" that the aforementioned "civil" servants swore an oath, on a Bible, to SERVE, while talking to "GOD".

Plaintiff recognizes that JUDGE ANDREW HATHCOCK (a "visiting" Judge in case#: D-1-FM-17-003420), and LESLIE MASSAD, are the EXACT SAME "BAD ACTORS" who appeared in case#: D-1-FM-03-000048, wherein a Judge named: MARGARET MIRABAL recently issued a PREJUDICED ORDER stating that JUDGE ANDREW HATHCOCK "need not recuse himself from case#: D-1-FM-03-000048", in spite of JUDGE ANDREW HATHCOCK OFFICIALLY OPPRESSING Plaintiff for SEVEN YEARS by TAKING PLAINTIFF'S CHILDREN AWAY, in RETALIATION for Plaintiff REPORTING the RAPE of Plaintiff's BLACK GIRLFRIEND (Jenna Lenee Jackson), by a SEXUAL PREDATOR named: VADIK MARMER, after Vadik Marmer BRAGGED about "BRAINWASHING GIRLS INTO THE BURNING MAN CULT", in PUBLIC, on Facebook. Plaintiff now reminds the court that on November 25th, Nicole Villalpando (at the Austin American Statesman) broke the story that "The Hogg Foundation for Mental Health at the University of Texas has declared racism a mental health crisis", after Plaintiff REPEATEDLY warned the Judges in Texas about the consequences of practicing their prejudiced and racist beliefs "under the color of law", because the United States of America co-created the United Nations, and the International Criminal Court, to HOLD ACCOUNTABLE DOMESTIC TERRORISTS, who are prejudiced and racist JUDGES, within the United States of America, including: TEXAS. In spite of Plaintiff's REPEATED WARNINGS, the Judges in Texas have underestimated that "the WRATH of GOD" takes the form of "We, the PEOPLE, of the United States of America". The People of the United States of America CO-CREATED the United Nations, AND the International Criminal

Court, because HISTORY taught AMERICANS that Prejudiced and Racist people, "acting" in the positions of JUDGES, ISSUE COMPETITIVE AND ADVERSARIAL COURT ORDERS TAKING INNOCENT PEOPLE'S CHILDREN AWAY, in spite of those Judges swearing an oath, to "GOD", to ADMINISTER JUSTICE EQUALLY for the "POOR", while placing their hand on a Bible.  Further, the people of the United States of America made LAWS against Prejudiced and Racist PEOPLE, administering court proceedings, after the Nazis were WITNESSED TAKING AWAY INNOCENT PEOPLE'S CHILDREN, under the corrupt regime of Hitler, the same way that the Judges in Texas have been WITNESSED TAKING AWAY INNOCENT PEOPLE'S CHILDREN, under the corrupt regime of Don the Con, and William Barr, and Greg Abbott, and Ken Paxton.  Plaintiff now reminds the court that white supremacist, white nationalist, radicalized "CHRISTIAN" Terrorists (like Hitler, and members of the KKK, and the Confederates) used, and STILL USE, the words: "left, liberal, and progressive" to describe AMERICANS, and that Greg Abbott, and Don the Con are known for inciting violence towards AMERICANS using the words "left, liberal, and progressive", which are all CODE WORDS to sound the "DOG WHISTLE" to incite White Supremacist, White Nationalist, Radicalized Right-Wing, "CHRISTIAN" Terrorist Groups to use VIOLENCE on AMERICANS, the same way that Kyle Rittenhouse used VIOLENCE on AMERICANS.

## JURISDICTION:

The International Criminal Court AND the United States District Court, in the Western District of Texas, Austin Division, has Jurisdiction over this case because MARGARET MIRABAL is a Texas "STATE" Judge, and a "STATE" Judge's behavior is governed by a Federal Code of Conduct, and Federal Law, while the Rome Statute SIMULTANEOUSLY gives JURISDICTION over "HEADS OF STATE", of member nations of the UNITED NATIONS. Federal law PRECLUDES a "STATE" Judge from behaving in such a way that the "STATE"

Judge becomes EMOTIONALLY INVOLVED in a court case, so that the "STATE" Judge does not become PREJUDICED and justify treating a Petitioner, OR a Defendant, unequally, using immoral, and unethical, man-made laws, which violate the very principles found within the United States Constitution, which Judge MARGARET MIRABAL swore an oath, on the Bible, to PROTECT, in the name of "GOD". Behavior that is unbefitting for a "civil servant", such as a Federal, or "STATE", Judge, or the President of the United States of America, or the Attorney General of the United States of America, or the Attorney General of any state therein, or a Governor of any state within the United States of America, may get the "actor" IMPEACHED, and the "actor's" law license REVOKED (if applicable), AT ANY TIME that a "civil servant" is found to be a lying, prejudiced, mean-spirited, "racially superior", "religious" Terrorist, in a position of man-made authority, and power, within the United States of America. Petitioner recognizes that "Christianity", and other forms of religion, have been used as a form of terrorism, throughout the history of inhumanity, as witnessed by the Nazi "Christian" Third Reich, AND the "Christian" Klu-Klux-Klan, AND the "Christian" Confederates TREATING OTHER PEOPLE UNEQUALLY, and therefore the high moral, and ethical, standard for a Judge is such that a Judge does not become BIASED, or PREJUDICED, to the point that the Judge "acts" on behalf of, or in collusion with, another "PARTY" in an attempt to OBSTRUCT Petitioner from getting JUSTICE, in a Court of Law. Petitioner now points out that Donald Trump, William Barr, Jeff Sessions, Greg Abbott, Ken Paxton, and the majority of Judges, in Texas, including MARGARET MIRABAL, all claim to be "Christian", the same way that Hitler, and Hitler's followers in the Nazi "PARTY", claimed to be "Christian".

**RELATED CASES:**
IN THE TEXAS "STATE" JUDICIAL CONDUCT COMMITTEE (17-1092-DI and 17-1093-AJ), AND IN THE CITY OF AUSTIN MUNICIPAL COURT (8705129),

24

AND IN THE TRAVIS COUNTY CRIMINAL COURT (C-1-CR-18-210641),

AND IN THE TRAVIS COUNTY "CIVIL" COURT,

(D-1-FM-03-000048, and D-1-FM-17-0003420)

AND IN THE WILLIAMSON COUNTY "CIVIL" COURT (16-1855-CC2, 16-1856-CC4,

17-0222-CC4, 17-0223-CC4),

AND IN THE THIRD COURT OF APPEALS (16-601-CV, 03-18-0552-CV),

AND IN THE FIRST COURT OF APPEALS (01-17-00273-CR),

AND IN THE SUPREME COURT OF TEXAS (18-0806),

AND IN THE UNITED STATES (FEDERAL) DISTRICT COURT

WESTERN DISTRICT, AUSTIN DIVISION (1-18-MJ-74-AWA, A17CV 1121SS, A17CV

1122SS, A18CV 0004LY, A18CV 0191RP, A18CV 0259RP, A18CV 0291RP, A18CV 0344RP,

A18CV 0389RP, A18CV 0403RP, A18CV 0404RP, A18CV 0405RP, A18CV 0449RP, A18CV

0540RP, A18CV 0657RP, A18CV 0658RP, A18CV 747LY, A18CV 00817DAE),

AND IN THE 5TH CIRCUIT (05-19-90009 Yeakel, 05-19-90010 Pitman, 05-19-90011 Sparks,

05-19-90012 Ezra, 05-19-90013 Lane, 05-19-90014 Austin, 05-19-90015 Chestney),

AND IN THE 9TH CIRCUIT,

AND IN THE INTERNATIONAL CRIMINAL COURT: (OTP-CR-27/19/002)

### Education, Work, and Family Background for MARGARET MIRABAL:

Margaret Mirabal graduated from the University of Texas, Austin, in 1972, and UT Law School in August of 1975. Margaret is currently active in Public Service as a visiting Judge, sitting by assignment, and as an Arbitrator, Mediator, Consultant and Special Judge under the "Trial by Special Judge", statute. She formerly served as a Justice on the First Court of Appeals after having been elected in 1988, and re-elected in 1990, and 1996. Margaret Mirabal has TWO white daughters (named Michelle and Danielle) who attended Harvard, and Yale, and now

25

people want to know WHY Margaret Mirabal is so CALLOUSED and HEARTLESS that Margaret Mirabal has REFUSED to open up the court to EXAMINE the EVIDENCE against VADIK MARMER, after Vadik Marmer PROUDLY BRAGGED about BRAINWASHING GIRLS (like Michelle and Danielle) into a SATANIC CULT, in San Francisco, by the name of: THE BURNING MAN".

## OATH OF JUDGES AND JUSTICES:

Judges "acting" as "civil" servants take the following oath: "I, ___ , do solemnly swear (or affirm) that I will administer justice without respect to persons, and do equal right to the poor and to the rich, and that I will faithfully and impartially discharge and perform all the duties incumbent upon me as [Judge] under the Constitution and laws of the United States. So help me God." The reason that a Judge addresses God for "help" is because a Judge knows that God's will is for people to treat other people equally, and people who are members of radicalized terrorist cult groups (like Leslie Massad, Kristine Scroggie, Charles Holland, Mary Ann Thompson-Frenk, Doug Bousaid, Jenna Lenee Jackson, Mark Lane, Lee Yeakel, Andrew Austin, Sam Sparks, John McMaster, Andrew Hathcock, Scott Jenkins, Flor Salas, Angie Hertel, Dr. William Dubin, Gabby Kobersky, and MARGARET MIRABAL), have a LONG history of treating other people UNEQUALLY, and a JUDGE is the last line of defense in holding accountable people who treat other people unequally, so in the event that a Judge interferes with due process by administering a court proceeding with PREJUDICE, and/or BIAS, then the Judge is operating the same way that the Judges in the Nazi "Christian" Third Reich "acted", and that is why PREJUDICED and BIASED Judges (like MARGARET MIRABAL) are not to practice law against parties in a case, with the malicious intent to violate people's God-given, unalienable, equal human rights, in an attempt to obstruct poor and homeless people from getting Justice, and in an attempt to keep poor people from enjoying their constitutionally protected civil liberties.

## FACTS:

Based upon MARGARET MIRABAL's Education in Texas, and LONG History of "legal practice" in the "State" of Texas, it is quite apparent that Judge MARGARET MIRABAL would take offense to Plaintiff having sued so many white-supremacist "Christian" Terrorist Judges in "STATE" and Federal Courts in Austin, Texas, and that Judge MARGARET MIRABAL's KNOWING that Kyle Holland had brought so many lawsuits against MARGARET MIRABAL's fellow colleagues in the law profession would EMOTIONALLY INVOLVE Judge MARGARET MIRABAL so that when given the opportunity Judge MARGARET MIRABAL would jump at the chance to obstruct Plaintiff from getting Justice by REFUSING to RECUSE a fellow PREJUDICED JUDGE named: ANDREW HATHCOCK from Case#: D-1-FM-03-000048, especially after Plaintiff sued NINE white-supremacist "Christian" Terrorist "STATE" Judges and THREE white-supremacist "Christian" Terrorist FEDERAL Judges in the same "DEEP STATE" of Texas that MARGARET MIRABAL works in, AND EVEN MORE especially after Judge MARGARET MIRABAL has spent an entire career employed in the legal profession while in the lying, prejudiced, white-supremacist "Christian" mental nut job "STATE" of Texas, so MARGARET MIRABAL should have NEVER Presided over case #': D-1-FM-03-000048 (based upon her own prejudices and biases), with the malicious intent to obstruct Plaintiff from enjoying Plaintiff's God-given, unalienable, equal human rights, and Constitutionally protected civil liberties, however MARGARET MIRABAL was unable to restrain herself from "practicing" bad behavior with the malicious intent to obstruct Plaintiff from enjoying Plaintiff's God-given, unalienable, equal human rights, and Constitutionally protected civil liberties. Based upon the Guidelines for a Judge's behavior, ANDREW HATHCOCK should have remained NON-BIASED, and UNPREJUDICED, and RECUSED HIMSELF from case#: D-1-FM-03-000048 and when ANDREW HATHCOCK WAS UNABLE

27

TO RECUSE HIMSELF then MARGARET MIRABAL should have remained NON-BIASED, and UNPREJUDICED, and RECUSED ANDREW HATHCOCK from case #': D-1-FM-03-000048 however MARGARET MIRABAL could not remain UNBIASED, and UNPREJUDICED so MARGARET MIRABAL RUSHED to the DEFENSE of a fellow PREJUDICED and BIASED JUDGE named: ANDREW HATHCOCK.

Judges in the white-supremacist "DEEP STATE" of Texas have LONG been observed being biased and not impartial in other cases. In 2017 a civil rights activist by the name of: Omar Rosales, filed a motion to have Federal Judge MARK LANE recused for being biased and not impartial. The motion was denied and in December of 2017 Judge MARK LANE slapped Rosales with a $175,673.78 fine for misconduct and called Omar's behavior "embarrassing and shocking", while Judges like MARK LANE and ANDREW HATHCOCK and MARGARET MIRABAL deny their own "embarrassing and shocking" behavior as the Judges MARK LANE and ANDREW HATHCOCK and MARGARET MIRABAL openly "practice" law with the malicious intent to keep U.S. Citizens from getting Justice. In response to a request for comment on his suspension, Rosales blasted the judges who punished him saying: "In Austin, if you are black or disabled you have no civil rights, so, we will take this case to the Fifth Circuit, to once again review the decisions of the all-white, all-male judges in Austin federal court. How is it that in 2017, all the federal judges in Austin are white males?" Unfortunately, Prejudiced IDEOLOGIES, and Racist BELIEFS, CORRUPT the HEARTS, and MINDS, of MALES, and FEMALES, WITHOUT DISCRIMINATION towards SKIN COLOR, or GENDER, or NATIONAL ORIGIN, or RELIGION, or SEXUAL PREFERENCE, or DRUG OF CHOICE, or BALANCE OF A BANK ACCOUNT, or POLITICAL PARTY AFFILIATION, or ALMA MATER, or PERSON'S FAVORITE SPORTS TEAM, so that MEN, and WOMEN, may be

caught being PREJUDICED, and RACIST, in COURT CASES, ESPECIALLY as JUDGES. The most important thing to remember in the process of judicial selection is that MOST people are corruptible by money, and will sacrifice integrity and honor, and the principles found within the United States Constitution (even HUMAN EQUALITY) for the praise of "like-minded" people, and the almighty dollar, as noted by Austin Chronicle Staff Writer: Mary Tuma, who correctly pointed out that "during Greg Abbott's tenure (as Texas' Governor), Abbott has made about 900 appointments, of mostly WHITE PEOPLE, many of whom were big donors to Abbott's political campaign.

## WHITE-COLLAR CRIMES COMMITTED:

MARGARET MIRABAL is a supposed "Civil Servant", "Acting" very uncivilly as a Judge, as can be seen in the Judge's most recent REFUSAL to RECUSE Judge ANDREW HATHCOCK after Judge Andrew Hathcock REFUSED to REPORT the FELONY RAPE of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities AND as can be seen in the Judge's refusal to sign a court order granting Plaintiff the court transcripts in the hearings from case#: D-1-FM-03-000048 for FREE.  Although Judge MARGARET MIRABAL does not believe that she is subject to the same laws that Plaintiff is subject to, MARGARET MIRABAL IS under the Jurisdiction of the United States FEDERAL Government, and as such MARGARET MIRABAL can be removed from the position of Judge, according to the laws of the land, the same way that Donald Trump, William Barr, Greg Abbott, and Ken Paxton (also "civil servants" who have been "acting" very uncivilly) can be removed from positions of man-made power, and authority, by the very American civilians that the aforementioned people are supposed to be SERVING.

ANDREW HATHCOCK, SCOTT JENKINS, and MARGARET MIRABAL "acting" as Texas "STATE" Judges, presided over case#: D-1-FM-03-000048, and restrained Kyle Holland

(Plaintiff) from seeing, or speaking to Alexis and Nicolas Holland for SEVEN YEARS, in spite of Kyle Holland not having committed ANY CRIMES, other than giving up his "white privilege" to date a BLACK Girl named: Jenna Lenee Jackson, who was RAPED, and sadly coerced into getting an abortion, and into living a life of PROSTITUTION, by a Pimp named: Vadik Marmer, who proudly posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see. During the court proceeding wherein Judges Andrew Hathcock, and Scott Jenkins took Kyle Holland's children away, Texas "STATE" employee: Leslie Massad, told LIES under oath, in order to keep Kyle Holland from seeing, or speaking to: Alexis and Nicolas Holland. Kyle Holland has since been contacted by OTHER PEOPLE, in Texas, who have also had their children TAKEN AWAY by LESLIE MASSAD, and ANDREW HATHCOCK, and as such Kyle Holland has informed the INTERNATIONAL CRIMINAL COURT of the SYSTEMIC PATTERN of LEGAL ABUSE that AMERICAN CITIZENS are ENDURING at the hands of PREJUDICED and RACIST JUDGES, and other "OFFICERS OF THE COURTS", like ANDREW HATHCOCK, SCOTT JENKINS, MARGARET MIRABAL, and LESLIE MASSAD.

Plaintiff has sought RELIEF in MANY courts of law, from the official oppression of: Texas Governor: Greg Abbott, and Texas Attorney General: Ken Paxton, and Texas "STATE" Judges Andrew Hathcock, and Scott Jenkins, and instead of Judges named: Mark Lane, Lee Yeakel, Sam Sparks, Andrew Austin, and MARGARET MIRABAL ruling according to the JUDGES CANONS, and the laws that GOVERN the BEHAVIOR of JUDGES, the aforementioned JUDGES took it upon themselves to practice law against Plaintiff with the malicious intent to obstruct Plaintiff from getting Justice by DENYING Plaintiff's LAWFUL request for Court Transcripts, FOR FREE, as the Judge's DENIED Plaintiff's request for legal

counsel to be appointed to represent Plaintiff in the "special interest of Justice", while the Judges refused to report the FELONY RAPE of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities. Once Again, Plaintiff points out that the white collar crime of "practicing" law with the malicious intent to deprive a person of their constitutionally protected civil liberties by bullies with law degrees, IS by very definition: UNCONSTITUTIONAL, and CRIMINAL. Plaintiff recognizes that "Christianity" has been used as a form of terrorism throughout the history of inhumanity and that a "radicalized" terrorist cult group is any organized group of people which comes together to censor other people's freedom of speech, denies other people freedom of religion, and takes away other people's equal human rights, citing unethical, and immoral, man-made laws, and using malicious intent to protect liars.

Plaintiff has sued Greg Abbott, AND Ken Paxton, AND TWENTY SEVEN white-supremacist Judges in Texas "STATE", AND Federal Courts since April of 2017, and thus far the Texas "STATE" Judicial Conduct Committee (appointed by Greg Abbott), and the Texas Federal Court has dismissed all of Petitioner's lawsuits against the Texas "STATE" Judges who have "acted" together to take away Petitioner's civil liberties with Petitioner's children when Petitioner has NOT COMMITTED ANY CRIMES, as "Frivolous", the same way that white-supremacist Judges in Germany dismissed lawsuits against members of the Nazi "PARTY" as "Frivolous". What is even more worrisome (if that is even possible) is that the Judges are having ex-parte communications, the same way that Judges in the Nazi "PARTY" had ex-parte communications before the Judges in the Nazi "PARTY" dismissed lawsuits against the Nazi "PARTY" as "FRIVOLOUS". It is apparent that the Judges in Texas, who are under the corrupt influence of Greg Abbott, and Ken Paxton, do not understand the concept of JUDICIAL INDEPENDENCE and as such the Judges in Texas, who are under the corrupt influence of Greg

Abbott, and Ken Paxton, REFUSE to hold the unprincipled, prejudiced and racist, white collar criminals who are in the positions of man made power and authority ACCOUNTABLE, in a Court of LAW. It is obvious that the Texas "good ol' boy" network of Judges believes that the Texas Judges are ABOVE THE LAW the same way that Greg Abbott, William Barr, Ken Paxton, Don the Con, Moscow Mitch, and their prejudiced and racist JUDGES believe that they are ABOVE THE LAW which is why Judges are delusional to attempt to dismiss lawsuits against lying, prejudiced, and racist authority figures as "frivolous", the same way that the Judges in the Nazi "PARTY" dismissed lawsuits against members of the Nazi "PARTY", as FRIVOLOUS.

Plaintiff now cites: PENAL CODE TITLE 3. PUNISHMENTS CHAPTER 12. PUNISHMENTS SUBCHAPTER A. GENERAL PROVISIONS Sec. 12.47. PENALTY IF OFFENSE COMMITTED BECAUSE OF BIAS OR PREJUDICE. (a) If an affirmative finding under Article 42.014, Code of Criminal Procedure, is made in the trial of an offense other than a first degree felony or a Class A misdemeanor, the punishment for the offense is increased to the punishment prescribed for the next highest category of offense. If the offense is a Class A misdemeanor, the minimum term of confinement for the offense is increased to 180 days. This section does not apply to the trial of an offense of injury to a disabled individual under Sec. 22.04, if the affirmative finding in the case under Article 42.014, Code of Criminal Procedure, shows that the defendant intentionally selected the victim because the victim was disabled. (b) The attorney general, if requested to do so by a prosecuting attorney, may assist the prosecuting attorney in the investigation or prosecution of an offense committed because of bias or prejudice. The attorney general shall designate one individual in the division of the attorney general's office that assists in the prosecution of criminal cases to coordinate responses to requests made under

this subsection. Added by Acts 1993, 73rd Leg., ch. 987, Sec. 1, eff. Sept. 1, 1993. Amended by Acts 1997, 75th Leg., ch. 751, Sec. 1, eff. Sept. 1, 1997; Acts 2001, 77th Leg., ch. 85, Sec. 1.01, eff. Sept. 1, 2001.

Plaintiff asserts that Judge Hathcock has REFUSED to give a reason WHY Judge Hathcock signed court ORDERS taking away Plaintiff's civil liberties with Plaintiff's children when Plaintiff did not commit ANY CRIMES, and plaintiff further asserts that the reason that Judge MARGARET MIRABAL RUSHED to the DEFENSE of Judge Hathcock, after Judge Hathcock signed Court Orders taking away Plaintiff's civil liberties with Plaintiff's children, when Plaintiff did not commit ANY CRIMES, is because Judge MARGARET MIRABAL shares the same PREJUDICED IDEOLOGIES, against poor and homeless people, and RACIST BELIEFS, against Plaintiff (for the color of Plaintiff's girlfriend's skin), for which BOTH Judges Andrew Hathcock, and MARGARET MIRABAL, may be IMPEACHED, AND have their law licenses REVOKED, and be fined monetarily, and imprisoned, as a DETERRENT to prevent further white collar criminal activity from being "practiced" ANYWHERE in the United States of America, by lying, prejudiced, racially superior, religious terrorist JUDGES, who are merely bullies with law degrees.

<u>Ethics Policies | United States Courts</u>
<u>www.uscourts.gov/rules-policies/judiciary-policies/ethics-policies</u>
<u>www.uscourts.gov/judges-judgeships/code-conduct-united-states-judges</u>
**<u>Code of Conduct for United States Judges</u>:**
A major check on the power of the courts is the Judicial Code of Conduct. The Code of Conduct for United States Judges includes the ethical canons that apply to Federal and "STATE" Judges, and provides guidance on their performance of official duties, and engagement in a variety of outside activities. When a Judge takes office, the Judge agrees to abide by a set of ethical principles established by the Judicial Conference of the United States. This Code of

Conduct for United States Judges, according to the United States Courts web page, "provides guidance" for judges on issues of judicial integrity and independence, judicial diligence and impartiality, permissible extra-judicial activities, and the AVOIDANCE of IMPROPRIETY, or even the APPEARANCE of IMPROPRIETY. There are many ethical guidelines that judges must follow to remain independent, for example: Judges should not hear cases if appears the Judge has a personal bias (unlike what MARGARET MIRABAL did when MARGARET MIRABAL REFUSED to RECUSE JUDGE ANDREW HATHCOCK in case #:D-1-FM-03-000048, after Judge ANDREW HATHCOCK took it upon himself to deny Plaintiff court transcripts, and DENY Plaintiff the appointment of legal counsel in the "special interest of Justice", while Judge ANDREW HATHCOCK refused to report the Felony Rape of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities, in spite of the LAW STATING THAT A JUDGE MUST REPORT THE RAPE OF JENNA TO THE APPROPRIATE AUTHORITIES AFTER THE JUDGE OPENS THE COURT TO EXAMINE THE FACTS WHEN A CRIMINAL "ACT" IS REPORTED IN A COURT. For example, when a Judge is related to a defendant or a plaintiff, either through family, or political party affiliation, or through "work history for a particular STATE", there is a substantial likelihood that the Judge is biased FOR the defendant, or AGAINST the plaintiff (as seen in case#: D-1-FM-03-000048 wherein MARGARET MIRABAL RUSHED to DEFEND a PREJUDICED JUDGE named: ANDREW HATHCOCK, who denied Plaintiff court transcripts (which is against Texas "STATE" law), and denied Plaintiff the appointment of legal counsel in the "special interest of Justice" (which is against Texas "STATE" law), while Judge ANDREW HATHCOCK refused to report the Felony Rape of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities (which is against Texas "STATE" law). When a judge is biased or prejudiced in a

34

case, or when the judge is concerned someone else may think they have a bias in the case, a judge practicing "good behavior" will recuse themselves from the case, or refrain from intervening in "due process" (unlike what ANDREW HATHCOCK did in case #: D-1-FM-03-000048 wherein Judge ANDREW HATHCOCK refused to uphold subpoenas for Dr. Telch, and Mary Ann Thompson-Frenk, and other witnesses who are material to the case, and wherein Judges SCOTT JENKINS and ANDREW HATHCOCK refused to put the Deposition of Dr. Dubin into the Court Reporter's record because Plaintiff caught Dr. Dubint TELLING LIES UNDER OATH, and wherein Judges Scott Jenkins and Andrew Hathcock denied Plaintiff the right to cross-examine Mary Ann Thompson-Frenk after Mary Ann entered an affidavit into court). RECUSAL means that the Judge steps down from the case, or withdraws recommendations (based upon BIASES and PREJUDICES) to other Judges, and allows another judge to follow due process so that an indigent Plaintiff is appointed legal counsel in the "special interest of Justice" so that even POOR and INDIGENT CIVILIANS IN AMERICA get JUSTICE (unlike what ANDREW HATHCOCK did in case #: D-1-FM-03-000048).

Judges must abide by the Code of Conduct for United States Judges, a set of ethical principles, and guidelines, adopted by the Judicial Conference of the United States. The Code of Conduct provides guidance for judges on issues of judicial integrity, and independence, judicial diligence, and impartiality, permissible extra-judicial activities, and the avoidance of impropriety, or even the APPEARANCE of impropriety. Judges may not hear cases in which the Judges have either personal knowledge of the disputed facts, a PERSONAL BIAS concerning a party to the case, earlier involvement in the case as a lawyer, or a financial interest in any party or subject matter of the case. Many judges devote time to public service and educational

activities, and as such have a distinguished history of service to the legal profession through their writing, speaking, and teaching. This important role is recognized in the Code of Conduct, which encourages judges to engage in activities to improve the law, the legal system, and the administration of justice (by making sure that the principles of the United States Constitution-most importantly being: human equality, are adhered to). An independent, and honorable, judiciary is indispensable to justice in our society. A judge will maintain, and enforce, high standards of conduct and will personally live up to those standards, under the penalty of IMPEACHMENT, so that the integrity and independence of the judiciary may be preserved. The provisions of this Code are construed, and applied, to further the objective (of protecting the principles found within the United States Constitution-paramount amongst those principles being: HUMAN EQUALITY).

- Canon 1: A Judge Should Uphold the Integrity and **Independence** of the Judiciary
- Canon 2: A Judge Should **Avoid Impropriety and the Appearance of Impropriety in all Activities**
- Canon 3: A Judge Should Perform the Duties of the Office Fairly, **IMPARTIALLY** and Diligently
- Canon 4: A Judge May Engage in Extrajudicial Activities that are Consistent with the Obligations of Judicial Office
- Canon 5: A Judge Should Refrain from **Political** Activity

### Checks and Balances:

Judges who are independent from "peer pressure" protect people's freedoms. The founders recognized that it is important to protect the people from a Judiciary that was not principled enough to keep from siding with tyrannical leaders, which paid the Judiciary money to violate the people's civil liberties, so the founders constructed a way to hold corrupt, unprincipled Judges, ACCOUNTABLE. The founders recognized that when the Judiciary was completely independent from being held accountable that corrupt and un-principled judges

would LEGALLY take away innocent people's money, and block their bank accounts, and force people to live in conditions of extreme poverty, and then throw people in jail without people committing any crimes (like the Nazi "Christian" Third Reich did to the Jews, and non-members of the Nazi "party", in Germany from 1930-1945), or take people's children away without people committing any crimes, like Judge Scott Jenkins and Judge Andrew Hathcock did with Plaintiff in court case#: D-1-FM-03-000048), or change laws on a whim.

The Constitution gives judges the power to protect freedom of speech, and freedom of religion, and equal human rights, in the face of lying, racist, and prejudiced, religious terrorists, and the Constitution also sets out ways to prevent Judges from abusing their power. The Constitution makes for independent courts so that judges remain faithful to ruling by God's law, according to God's will that people are to treat other people equally. Article III of the Constitution, says that judges "shall hold their offices during good behavior"… a bit vague but the intent is clear. Judges have life terms, because once appointed they keep their jobs until they choose to quit so long as they have "good behavior." To ensure this good behavior, there are some "checks" on judicial power built into the Constitution.

## THE DISCIPLINING OF A JUDGE:

"The Good Behavior Clause" may permit removal of a Judge by way of a writ of scire facias filed before a federal court, without resorting to impeachment. The discipline process of judges is initiated by the filing of a complaint by any person alleging that a judge has engaged in conduct "prejudicial to the effective and expeditious administration of the business of the courts, or alleging that such judge is unable to discharge all the duties of the office by reason of mental, or physical disability." When the chief judge of the circuit receives the complaint, then he or she must promptly appoint himself or herself, along with equal numbers of circuit judges and district judges, to a special committee to thoroughly investigate the facts, and allegations in the

37

complaint, by ordering the court transcripts of any, and all, related cases, so that the Judges who are responsible for holding accountable corrupt court personnel, are not kept in the dark by the very same Judges who have refused to previously disclose court transcripts by signing a court order to keep the transcripts a "secret", which is a violation of court procedures, due process, the law, and the principles found within the United States Constitution.  Fair and unbiased proceedings against a judge, or any officer of the court, including state appointed employees (such as an attorney, or a Guardian ad Litem, or a Governor), who has violated court procedures, due process, the law, and the principles found within the United States Constitution, cannot take place without the court transcripts from ALL related cases, which is why Judges who have been corrupted sign court orders sealing the court transcripts in the first place, in an attempt to keep evidence against the aforementioned guilty parties, from being seen by the oversight committee Judges, who are responsible for holding corrupt Judges, and guilty parties, responsible. The committee must necessarily conduct a thorough investigation and then expeditiously file a comprehensive written report of the investigation with the judicial council of the circuit involved so that upon receipt of the report, the judicial council of the circuit involved may prosecute the guilty parties in the complaint so that the guilty parties are no longer allowed to commit white collar crimes under the disguise of being partial and fair.

When a judge, like MARGARET MIRABAL or ANDREW HATHCOCK, is the subject of a complaint, who happens to hold his or her office during "good behavior", the appropriate action taken by the judicial council will include certifying disability of the judge so that the Judge does not commit white collar crimes under the disguise of being partial and fair. The judicial council refers all complaints under 28 U.S.C. § 351, along with the record of the proceedings, and its recommendations for impeachment, to the Judicial Conference of the United

States. The Judicial Conference exercises its authority to impeach biased and non-impartial judges, under the judicial discipline provisions as a conference, or through a standing committee appointed by the Chief Justice.

### IMPEACHMENT:

One of the checks on the Judiciary is impeachment. Impeachment is the process of charging an official "civil" servant (in this case, a judge) with committing the "high crime" of not being unbiased, or not being impartial. When a judge is found guilty of the impeachable offense of being biased, or not being impartial, then the Judge is removed from office through impeachment. The process of impeachment is detailed in Article I of the Constitution. The House of Representatives investigates the improper behavior, and charges the Judge with the crime of violating the principles found within the United States Constitution, which is a violation of the Canons found within the code of Judicial Conduct. Members of the House then bring the case before the Senate, which acts as the judge and jury in the case (unless in cases of Presidential or Vice Presidential impeachment, when the Chief Justice of the United States presides). When the Senate votes guilty (by a majority vote), the person is removed from office. The danger in the aforementioned "system" is realized when a radicalized terrorist cult group, such as the "Christian" Klu-Klux-Klan, or the "Christian" Confederates, or the Nazi "Christian" Third Reich, has appointed mostly white, lying, prejudiced, white-supremacist, "Christian" Terrorists, to the positions of Judges, and oversight committees, so that there is never a majority vote to remove the lying, white supremacist, Christian Terrorist Judges from the positions of Judges, which is how Hitler was able to do what Hitler did to the Jews, and the non-members of the Nazi "Party".

The impeachment process is a powerful check that the legislative branch has over the judicial and executive branches of government only to the degree that the "system" is not filled

with like-minded, lying, prejudiced, and racist, religious terrorists. When the "system" is filled with like-minded, lying, prejudiced, and racist, religious terrorists, then the other like-minded, lying, prejudiced, and racist, religious terrorists will refuse to hold the corrupt, un-principled Judges accountable through the impeachment process. When a Judge like MARGARET MIRABAL believes that Donald Trump, William Barr, Greg Abbott, and ANDREW HATHCOCK are above the law, and cannot be impeached, as evidenced in the decision that MARGARET MIRABAL made to REFUSE TO RECUSE ANDREW HATHCOCK after Andrew Hathcock DENIED Plaintiff court transcripts, and denied Plaintiff legal counsel, and then refused to report the Felony Rape of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities, then it becomes clear that MARGARET MIRABAL is "delusional" for not believing that MARGARET MIRABAL, or the aforementioned people, can be impeached through the checks and balances process which is laid out in the very Constitution that MARGARET MIRABAL swore an oath, on the Bible, to protect, while talking to "GOD". In the case of judicial independence, impeachment offers some security that when judges (like MARGARET MIRABAL, or ANDREW HATHCOCK, or Mark Lane, or Lee Yeakel, or Andrew Austin, or Scott Jenkins) are acting in an illegal fashion by practicing law with the malicious intent to obstruct people (like Plaintiff) from getting Justice, the Judge (like MARGARET MIRABAL and ANDREW HATHCOCK) can be removed from the bench (in spite of people saying that Plaintiff was "delusional" for suggesting that government "officials" like Greg Abbott, MARGARET MIRABAL, Donald Trump, Andrew Hathcock, Scott Jenkins, and the Judges in the Federal CourtHouse, in Austin, Texas, CAN be IMPEACHED).

40

http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/loca
ljudicialmisconductrules.pdf?sfvrsn=8

**Misconduct. Cognizable misconduct:**

(1) is conduct prejudicial to the effective and expeditious administration of the business of the courts. Misconduct includes, but is not limited to: (A) using the judge's office to obtain special treatment for friends or relatives; (B) accepting bribes, gifts, or other personal favors related to the judicial office; (C) having improper discussions with parties or counsel for one side in a case; (D) treating litigants, attorneys, or others in a demonstrably egregious and hostile Manner; (E) engaging in partisan political activity or making inappropriately partisan Statements; (F) soliciting funds for organizations; (G) retaliating against complainants, witnesses, or others for participation in the complaint process; (H) refusing, without good cause shown, to cooperate in the investigation of a complaint under these Rules; or (I) violating other specific, mandatory standards of judicial conduct, such as those pertaining to restrictions on outside income and requirements for financial disclosure.

(2) is conduct occurring outside the performance of official duties if the conduct might have a prejudicial effect on the administration of the business of the courts, including a substantial and widespread lowering of public confidence in the courts among reasonable people.

http://www.ca5.uscourts.gov/docs/default-source/forms-and-documents---clerks-office/rules/loca
ljudicialmisconductrules.pdf?sfvrsn=8

**Judicial Council of the Fifth Judicial Circuit**

**COMPLAINT OF JUDICIAL MISCONDUCT OR DISABILITY:**

To begin the complaint process, complete this form and prepare the brief statement of facts described in item 4 (below). The RULES FOR JUDICIAL-CONDUCT AND JUDICIAL DISABILITY PROCEEDINGS, adopted by the Judicial Conference of the United States, contain information on what to include in a complaint (Rule 6), where to file a complaint (Rule 7), and other important matters. Requests for copies of the rules should be directed to: Clerk, United States Court of Appeals for the Fifth Circuit, 600 S. Maestri Place, New Orleans, LA 70130. The rules are also available at www.ca5.uscourts.gov. Your complaint (this form and the statement of facts) should be typewritten and must be legible. Only an original of the complaint must be filed. Enclose the copy of the complaint in an envelope marked: "COMPLAINT of MISCONDUCT" or "COMPLAINT of DISABILITY" and submit it to: Clerk, United States Court of Appeals for the Fifth Circuit, 600 S. Maestri Place, New Orleans, LA 70130. Do not put the name of any judge on the envelope.

- Name of Complainant: Kyle Holland

Contact Address: 4430 Menchaca Rd. #3 Austin, TX 7845

Daytime telephone or email address if there is no phone#: Kyleholland71@gmail.com

- Name(s) of Judge(s): MARGARET MIRABAL

Court of Austin, Texas Travis County

- Does this complaint concern the behavior of the judge(s) in a particular lawsuit or lawsuits?

[_X_] Yes [__] No (If "yes," give the following information about each lawsuit):

Court: Same

Case Number(s): D-1-FM-03-000048

Docket number of any appeal to the 5th Circuit: I do not have a Docket number as of yet.

Are (were) you a party or lawyer in the lawsuit? [_X_] Party [__] Lawyer [__] Neither

If you are (were) a party and have (had) a lawyer, give the lawyer's name, address, and telephone Number, and/or email address: I was REFUSED a lawyer and made to "act" pro se and the Judges REFUSED to report the RAPE of Jenna Lenee Jackson by Vadik Marmer to the police in Campbell California.

4) Brief Statement of Facts. Attach a brief statement of the specific facts on which the claim of judicial misconduct or disability is based. Include what happened, when and where it happened, and any information that would help an investigator check the facts. If the complaint alleges judicial disability, also include any additional facts that form the basis of that allegation. (Please read complaint)

5. Declaration and signature: I declare under penalty of perjury that the statements made in this complaint are true and correct to the best of my knowledge.

(Signature) _s/_Kyle Holland

Kyle Holland, Pro Se
December 21st, 2020

42

**JUDICIAL INDEPENDENCE:**
What is Judicial Independence | The Judicial Learning Center
judiciallearningcenter.org/judicial-independence/

The founders understood that judges must apply the law of God (to treat other people equally) freely, and that fairness and impartiality are essential to the rule of law, in a civilized society which has been so nobly dedicated to protecting the self-evident truth of human equality. The Constitution guarantees equal human rights on paper, but this guarantee means nothing when the position of a judge is filled with a liar, who is a prejudiced and racist, "religious' terrorist, as noted in the Nazi, white-supremacist, "Christian", Third Reich. When judges are independent from the influence of lying, prejudiced, and racist, religious terrorists, then the courts protect the principles found within the United States Constitution, for ALL citizens, regardless of differences in people's national origin, gender, color of skin, religion, sexual preferences, drug of choice, monetary status, political party affiliation, alma mater, or particularly favorite sports organization. The "STATE" and Federal judges in America are supposed to be protected from the influence of the other branches, and other judges, as well as from shifting public opinion, and the following information reveals how Judges are to remain independent from the temptation to give up a Judge's integrity for money, or the praise of other people, which would cause a judge to deny an innocent person from getting Justice.

This insulation is referred to as judicial independence. Judicial Independence allows Judges to make decisions based on what is right according to the law of God, and the principles found within the United States Constitution, without facing political (not getting reelected) or personal (getting fired, having their salary lowered) consequences, for the decisions that judges make, unless the judge is found to be applying the unethical and immoral man-made law, to oppose the principles found within the United States Constitution, as the Judges in the Nazi "Christian" Third Reich did.

Judicial Independence is maintained in several ways. First, Federal Judges are appointed at the federal level, as opposed to being elected. Being appointed instead of elected frees judges from having to run for election, raise money, and take a partisan stand on issues, however as the American people learned from the Nazi "Christian" Third Reich, **the appointment process causes a natural bias towards protecting the person, and the political party, that appointed the judge in the first place, especially when the Judge has a long "work" history for the "STATE" that a person has brought a suit against.** Thus, once appointed a judge is not supposed to make decisions with the intent to please the person who appointed the judge, or the judge's constituents to try to gain reelection, and can simply do the Judge's job (**however when a person is appointed it makes common sense that the Judge feels biased towards a pro-se filer who represents themselves in court and files a lawsuit against the person who appointed the judge, so naturally the judge is going to feel tempted to practice law on behalf of the person who appointed the judge to the position of judge, in the first place!!! Hitler, a self-proclaimed "Christian", who said: "Let's make our country Great again!", was able to do what Hitler did by appointing like-minded, white-supremacist, "Christian" Terrorists, to positions of man-made power and authority, ESPECIALLY JUDGES, which is eerily similar to what President Trump noted that the right wing Republican "Christian" administration of Donald Trump and Jeff Sessions and Greg Abbott have been doing as revealed in the most recent "State of the Union Address"**).

Federal Judges serve a life term and cannot have their salary reduced so when a Judge goes for a long period of time without being held accountable by the people that the Judge is supposed to be "civilly" serving, then the Judge forgets that the Judge is merely an equally human member of the same human species which makes up the human race, which begets an

attitude of being above the law, as exhibited by the behaviors of the Judges in the Nazi Christian

Third Reich, who were unable to be held accountable for white collar crimes by non-members of

the Nazi Christian Third Reich.

**Administrative Oversight and Accountability | United States Courts**
www.uscourts.gov/about-federal-courts/.../administrative-oversight-and-accountability

Oversight mechanisms work together to hold judges, and judiciary staff, responsible for

their conduct as government officials, and for the management of public resources.

Accountability is a core value of the federal judiciary, as stated in the Strategic Plan for the

Federal Judiciary, encompassing:stringent standards of conduct; **self-enforcement of legal and

ethical rules**; good stewardship of public funds and property; and effective and efficient use of

resources. **HISTORY HAS PROVEN THAT SELF ENFORCEMENT OF LEGAL AND

ETHICAL RULES DOES NOT DETER CRIMINALS FROM COMMITTING CRIMES.**

When Federal Judiciary oversight mechanisms are NOT INDEPENDENT then Federal

Judiciary oversight mechanisms DO NOT DETER, or prevent fraud, waste, and/or abuse, OR

address mistakes when abuses occur. ONLY INDEPENDENT oversight mechanisms promote

compliance with ethical, statutory, and regulatory standards which is why GENERAL PATTON

helped AMERICA establish the International Criminal Court to hold ACCOUNTABLE both

INTERNATIONAL and DOMESTIC TERRORISTS, in the positions of Judges.. By statute,

responsibility for administering the Third Branch rests with the Judicial Conference of the

United States, regional circuit judicial councils, the individual courts themselves, and, in

specified areas, the director of the Administrative Office of the U.S. Courts (AO) HOWEVER

the Rome Statute gives the International Criminal Court JURISDICTION over member Nations

of the United Nations when a member Nation is UNWILLING or UNABLE to PROSECUTE

45

their own "HEADS of STATE". The mailing address for the Administrative Office of the United States Courts is: One Columbus Circle, NE Washington, D.C. 20544.

### Investigation Process:

Upon receipt, all allegations are referred immediately to an Administrative Office investigator. The AO investigator or a review team examines relevant records, interviews staff, and analyzes activities to determine compliance with applicable law, regulations, and Judiciary policy. At the conclusion of the investigation, a report is provided to the relevant Judiciary officials. If the AO identifies any loss due to fraud, the matter is referred to the Department of Justice for potential prosecution. The Judiciary takes fraud, waste, and abuse seriously. The AO reviews all observances and every observance of fraud and abuse is guaranteed a FULL investigation to prevent the occurrence of the prejudices and racism that are exhibited most often in the "deep" states of the South, where the prejudices and racism of the "Christian" Klu-Klux-Klan, and the Nazi "Christian" Third Reich, are most prevalent. Due to the sensitive nature of investigations and for the benefit of maintaining the trust of the American People, the AO provides TRANSPARENT status reports to the American people so that the AO does not become a mechanism for protecting Judges who think that having a law degree makes a person part of an elite club which can protect itself through "secrecy" by providing reports ONLY to Judicial Conference Committees and Administrative Office Accountability and "appropriate" Judiciary "officials".

AO officials maintain loyalty to the American people by protecting the principles found within the U.S. Constitution, for all people, EQUALLY, so when AO officials attempt to hide behind "confidentiality to the greatest extent possible" then the American people recognize that protecting the identity of the person submitting a complaint against the establishment is only necessary when the person submitting the complaint against the establishment is destroying the

ideology of a prevailing radicalized terrorist cult group. When the AO protects "Confidentiality to the greatest extent possible" for false accusers, then the AO sounds like the Gestapo, which protected the identities of Nazi members when Nazi members falsely accused Jews of crimes, when Jews were innocent, and then the Nazi members publicly humiliated the Jews when a Jew would complain of legal abuse, and persecution, by the Nazi members. Disclosure of an accuser is necessary during an investigation to make sure that the accuser can be cross examined, in a court of law, by the accused.

### Matters under the Authority of the United States Constitution:

Certain matters fall within the scope of the AO's authority to investigate fraud, waste, or abuse. An allegation is investigated as a matter of fraud, waste, or abuse when: "STATE" courts are the subject of allegations regarding state courts or agencies, local courts or agencies, or federal agencies in the executive or legislative branches. Without the oversight of the Federal Government the racist and prejudiced states that make up the notoriously infested Klu-Klux-Klan states would slowly take over the United States of America and then the Judges within the States, and the Federal Government, would practice the same malicious law that the Nazis practiced, with the intent to obstruct citizens from getting justice, using an "adversarial" court "system". There should never be a specific process for the type of complaint being made in order to attempt to protect guilty parties, which usually have more money than the indigent victim of legal abuse. The complainant disagrees with management's illegitimate application of Judiciary policies and procedures that have taken place in the "STATE" courts of Texas wherein Plaintiff's civil liberties have been taken away in spite of Plaintiff not having committed ANY CRIMES.

### ETHICS and JUDICIAL CONDUCT:

Judges, judicial employees, and federal public defender employees nationwide are bound by ethics laws and prescribed codes of conduct. These govern the proper performance of official

duties and limit certain outside activities to avoid conflicts of interest. Under the Judicial Conduct and Disability Act, chief judges and circuit judicial councils, and the Judicial Conference of the United States, when appropriate, investigate and resolve any submitted claim that a judge "has engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts" or "is unable to discharge all the duties of office by reason of mental or physical disability." Plaintiff has filed this complaint against Judge MARGARET MIRABAL and forwarded a copy of this complaint to the F.B.I. and the Department of Justice, and many news organizations around the world to help the citizens of the United States of America learn about the consequences that Judges face when a "civil servant" in a position of a Federal Judge violates the Code of Judicial Conduct and to help people understand the process for filing a complaint against a judge for "practicing" behavior unbefitting an officer of the court of Law, in the United States of America. There is a public website for each judicial circuit. A person who has had their civil liberties violated by a Federal Judge, or a "STATE" Judge may complain about behavior unbefitting an officer of the court by sending a complaint to the Judicial Circuit, along with sending a copy of the complaint to the F.B.I. and the Department of Justice and many news organizations around the world so that the Judges who are caught "practicing" behavior unbefitting an officer of the court of Law, in the United States of America are IMPEACHED, and their law licenses REVOKED. An annual report on the Judicial Business of the United States Courts includes information on all judicial complaints recently filed, terminated, and pending.

Every judge is required to develop a list of personal and financial interests that would require recusal, which courts use with automated conflict-checking software to identify court cases in which a judge may have a disqualifying conflict of interest under 28 U.S.C. § 455 or the

Code of Conduct for United States Judges. All judges and high-ranking judiciary officials and senior staff must file public financial disclosure reports each year, as required of all three government branches by the Ethics in Government Act. Judiciary personnel are also subject to certain provisions in the Stop Trading on Congressional Knowledge ("STOCK") Act.

### Local and Regional Oversight:

Regionally, each circuit includes a circuit judicial council that carries out critical oversight responsibilities. Each council has broad authority to "make all necessary and appropriate orders for the effective and expeditious administration of justice within its circuit." 28 U.S.C. § 332(d)(1) (link is external). Council functions cover judicial conduct and disability review processes, and councils review district court plans on a range of topics such as indigent defense and jury selection. Every federal court is responsible for the effective stewardship of public resources under its control and for appointing and removing its employees as necessary. Each court is required to have clearly defined procedures for making financial management decisions and producing timely financial reports. Courts must produce management plans for monitoring various court operations, including a budget organization plan, budget spending plan, internal controls plan, employment dispute resolution plan, jury plan, court reporter management plan, Criminal Justice Act plan, and long-range facilities plan. Data on every court's caseload and processing times are compiled and published on the judiciary's public website.

The Third Branch is internally structured and equipped with multiple mechanisms for self-correction. This interlaced, multi-tier system of administrative checks and overlapping authorities has provided effective operational oversight and accountability and ensured that problems are promptly identified and fixed. Working together, these components have proven an effective deterrent against misconduct and misuse of public resources, fostered a culture of integrity and accountability, and contributed to the federal Judiciary's established record of

sound stewardship. Please email the AO (link sends e-mail) questions regarding administrative oversight and accountability.

The following is the signed Order by Judge ANDREW HATHCOCK in court case #: D-1-FM-03-000048 on May 3, 2018 wherein JUDGE ANDREW HATHCOCK DENIED Plaintiff copies of the court transcripts for FREE because Plaintiff caught ANDREW HATHCOCK and LESLIE MASSAD telling LIES in Court while ANDREW HATHCOCK REFUSED to report the Felony RAPE of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities. Plaintiff has included the ORDER DENYING Plaintiff the court transcripts and DENYING Plaintiff the ability to depose Mary Ann Thompson-Frenk in this lawsuit to make sure that the people who hold accountable Judges, for working together with other Judges and lawyers to "practice" law with the intent to maliciously obstruct U.S. Citizens from getting Justice, may make an example out of Judge ANDREW HATHCOCK, for exhibiting the same type of behavior that the Nazi "Christian" Third Reich Judges exhibited to keep non-members, and Jews, from getting Justice, in Germany from 1928-1945.

## ORDER DENYING Plaintiff Court Transcripts:

D-1-FM-03-000018

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE 250TH DISTRICT COURT |
| ALEXIS HOLLAND AND | | |
| NICOLAS HOLLAND, | § | OF |
| CHILDREN | § | TRAVIS COUNTY, TEXAS |

### ORDER

On May 20, 2016, the court considered the motions brought by Kyle Holland requesting the payment of certain deposition costs by Travis County, and a free transcript of certain court proceedings.

After hearing the argument of Kyle Holland, the response of Greg Hitt, counsel for Kristine Scroggie, and the argument of John M. Sigman, court appointed attorney for Kyle Holland on Ms. Scroggie's Motion for Enforcement, and after giving Mr. Holland and Ms. Scroggie additional time to submit authorities, and having considered those authorities, the court finds that Mr. Holland's motions should be denied.

IT IS THEREFORE ORDERED that

Kyle Holland's request for county funds to take depositions is DENIED;

Kyle Holland's request for a free transcript is DENIED, without prejudice to his right to request a transcript of the trial proceedings in the event of an appeal to the Court of Appeals.

The court further finds that Kristine Scroggie has withdrawn her Motion for Enforcement, and therefore Kyle Holland is no longer entitled to court appointed counsel. IT IS ORDERED that John M. Sigman is discharged as court appointed counsel for Kyle Holland.

SIGNED on May 23, 2016

Associate Judge Presiding

Personally produced on 5-23-16
on a signature on 5-23-16
by _____
_____
pursuant to the right to request a de novo hearing before a District Judge.

The exhibit that follows is the RULING of a PREJUDICED and RACIST JUDGE (named: MARGARET MIRABAL) who DENIES that the STANDARD for RECUSAL IS CLEAR, according to the Judges Canons, and the Code of Ethics, which govern the behavior of a Judge. The STANDARD for RECUSAL: a Judge MUST MUST RECUSE THEMSELVES in the event that there is EVEN an APPEARANCE of IMPROPRIETY. When a Judge refuses a "party" a JURY TRIAL, when Texas LAW specifies that NOBODY WILL BE DENIED A JURY TRIAL, then there is an APPEARANCE of IMPROPRIETY. When a Judge refuses to allow for the deposition of a "Party" in a case, after that "Party" enters an affidavit into court, then there is an APPEARANCE of IMPROPRIETY. When a Judge REFUSES to give an indigent "party" court transcripts for FREE, according to the LAW, then there is an APPEARANCE of IMPROPRIETY. When a Judge does not put the deposition of a Doctor into the court reporter's record because that Doctor is caught telling LIES under oath, then there is an APPEARANCE of IMPROPRIETY. When a picture of a black girl, and her gay friend in San Francisco, are entered into court as EVIDENCE, as the reason to take an innocent person's children away, then there is an APPEARANCE of IMPROPRIETY. When a Judge REFUSES to open up the court to EXAMINE the facts under the "civil" process of DISCOVERY, after Plaintiff REPORTED THE RAPE OF JENNA LENEE JACKSON BY VADIK MARMER TO THE APPROPRIATE AUTHORITIES, while the Judge practices law against Plaintiff with the malicious intent to HINDER THE APPREHENSION OF A SEXUAL PREDATOR WHO BRAGGED ABOUT BRAINWASHING GIRLS INTO THE BURNING MAN CULT ON FACEBOOK, then there is an APPEARANCE of IMPROPRIETY. When a Judge issues ORDERS to OBSTRUCT JUSTICE, while the JUDGE IGNORES EVIDENCE, then there is an APPEARANCE of IMPROPRIETY. When a Judge accepts MONETARY PAYMENTS from "HEADS OF

STATE", like: Greg Abbott, and Ken Paxton, and those monetary payments come out of "Child Support Payments" that were taken out for Kristine Scroggie, an the Judge accepts those monetary payments as an employee of the "STATE" of Texas, in order to Hinder the Apprehension of, and Prosecution of: Greg Abbott, and Ken Paxton, and to provide Ken Paxton, and Greg Abbott with IMMUNITY from Prosecution for committing WHITE COLLAR CRIMES, then there is an APPEARANCE of IMPROPRIETY. When a LADY JUDGE, like MARGARET MIRABAL (who has two white daughters), REFUSES to open the court to EXAMINE the RAPE of a black girl (named: Jenna Lenee Jackson), after a SEXUAL PREDATOR (named: Vadik Marmer) BRAGS about BRAINWASHING GIRLS into the "Burning Man Cult", on Facebook, for the whole world to see, then there is an APPEARANCE of IMPROPRIETY. When a Judge, or another top white supremacist, white Nationalist, Republican like MITCH MCCONNEL, or other REPUBLICAN "HEAD of STATE", IGNORES EVIDENCE, and REFUSES to HEAR WITNESSES, during an "OFFICIAL PROCEEDING" (like an IMPEACHMENT TRIAL), then MITCH MCCONNELL, and the other Republican "HEADS of STATE", AND the Judges who IGNORED EVIDENCE, and REFUSED to HEAR WITNESSES, BROKE U.S. Code Title18- CRIMES and CRIMINAL PROCEDURE § 1001 (a) whoever, in ANY MATTER within the Jurisdiction of the Executive, Legislative, or Judicial Branch of the Government of the United States, KNOWINGLY and WILLFULLY falsififes, CONCEALS, or COVERS UP, by any trick, scheme, or device, a MATERIAL FACT, shall be fined under this title, and IMPRISONED not more than 8 years, for committing DOMESTIC TERRORISM. Even an egotistical, mean spirited, demon infested, money loving mother (like MARGARET MIRABAL) is not so IGNORANT that MARGARET MIRABAL would DENY that taking away an innocent person's children for SEVEN YEARS is an "act" of DOMESTIC

53

TERRORISM, especially when all the innocent person did was report the RAPE of his BLACK GIRLFRIEND to the APPROPRIATE AUTHORITIES, after the SEXUAL PREDATOR (named: Vadik Marmer) was so ARROGANT to make a video BRAGGING about BRAINWASHING GIRLS (like Danielle, and Michelle) into the "Burning Man Cult", on Facebook, in PUBLIC, for the whole world to see. Plaintiff is NOT the one who WROTE THE LAWS however the LAW IN TEXAS SPECIFICALLY STATES THAT Plaintiff is NOT TO BE DENIED A JURY TRIAL so the Court needs to explain WHY JUDGE MARGARET MIRABAL, AND ANDREW HATHCOCK, AND SCOTT JENKINS, AND TEXAS GOVERNOR GREG ABBOTT, AND TEXAS ATTORNEY GENERAL: KEN PAXTON, HAVE UNLAWFULLY DENIED PLAINTIFF A JURY TRIAL FOR 7 YEARS WHILE PLAINTIFF HAS HAD HIS CHILDREN TAKEN AWAY WHEN PLAINTIFF DID NOT COMMIT ANY CRIMES. JUDGES MARGARET MIRABAL, ANDREW HATHCOCK SCOTT JENKINS, and the rest of the Judges that Plaintiff has SUED, are MENTALLY ILL for practicing their prejudiced ideologies, and racist beliefs, "under the court of law", while believing that the Judges cannot be held ACCOUNTABLE, in a court of law.



**CAUSE NO. D-1-FM-03-000048**

| | | |
|---|---|---|
| IN THE INTEREST OF | S | IN THE DISTRICT COURT |
| | S | |
| ALEXIS HOLLAND AND | S | |
| | S | 261ST JUDICIAL DISTRICT |
| NICOLAS HOLLAND, | S | |
| | S | |
| CHILDREN | S | |
| | S | |
| | S | |
| | S | TRAVIS COUNTY, TEXAS |

**ORDER**
**ON MOTION TO RECUSE**
**THE HON. ANDREW HATHCOCK**

Movant Kyle Holland filed a Motion to Recuse the Hon. Andrew Hathcock in Cause No. D-1-FM-03-000048, In the Interest of Alexis Holland and Nicolas Holland, Children, in the 261st Judicial District Court of Travis County, Texas. The Hon. Andrew Hathcock, who declined to recuse himself, signed an Order of Referral to the Regional Presiding Judge. On October 29, 2020, in accordance with Tex. R.Civ. P. 18a, the Regional Presiding Judge appointed the Undersigned to preside in the Motion to Recuse the Honorable Andrew Hathcock.

Pursuant to Tex. R. Civ. P. 18a(a), a Motion to Recuse:

(1) must be verified;

(2) must assert one or more grounds listed in Rule 18b;

(3) must not be based solely on the Judge's rulings in the case; and

(4) must state with detail and particularity facts that:

.......

(C) if proven, would be sufficient to justify recusal....

1 of 4

55

Pursuant to Tex. R. Civ. P. 18a(g)(3)(A):

A motion to recuse that does not comply with this rule may be denied without an oral hearing. The Order must state the nature of the non-compliance....

In his unverified Motion to Recuse, Movant asserts the following grounds that are listed in Rule 18b:

(b)(1) The Judge's impartiality might reasonably be questioned;

(b)(2) The Judge has a personal bias or prejudice concerning Movant;

(b)(3) The Judge has personal knowledge of disputed evidentiary facts concerning the proceeding.

The factual assertions made by Movant in support of these grounds are the following:

1. Movant asserts that Judge Hathcock has been sued by Movant in Federal Court, and therefore the Judge has a personal bias and prejudice against Movant and he should no longer preside over the case.

2. Movant asserts that Judge Hathcock presided over a hearing where Movant presented evidence, and therefore the Judge has personal knowledge of disputed evidentiary facts. Further, Movant complains that Judge Hathcock refused to allow Movant to cross-examine a witness, and the Judge ordered court transcripts sealed.

## STANDARD FOR RECUSAL

The standard for recusal is clear. When the party moving for recusal relies on bias to claim the trial judge should be recused, the party filing the motion to recuse must show that a reasonable person, with knowledge of the circumstances, would harbor doubts as to the impartiality of the trial judge, and that the bias is of such a nature and extent that allowing the judge to serve would deny the movant's right to receive due process of law. *In re Commitment of Winkle*, 434 S.W.3d 300, 311 (Tex. App. —Beaumont 2014. pet. denied); *See also Drake v. Walker*, 529 S.W.3d 516, 528 (Tex. App.—Dallas 2017, no pet.).

A party moving for recusal must state with detail and particularity facts that, if proven, would be sufficient to justify recusal. Tex. R. Civ. P. 18a(a)(4)(C). The motion for recusal must not be based solely on the Judge's rulings in the case. Tex. R. Civ. P. 18a(a)(3); *See Liteky v. United States*, 510 U.S. 540, 555 (1994). The alleged bias and prejudice to be disqualifying must have a basis other than what the Judge learned from his participation in the case. *See United States v. Grinnell Corp.*, 384 U.S. 563, 583 (1966); *Roman v. Sate,* 145 S.W.3d 316, 321 (Tex. App.—Houston [14th] 2004, pet. ref'd). Further, a party cannot create a right to recuse or disqualify a Judge by filing suit against the Judge; to hold that merely naming a Judge as a party would disqualify him would put power in the hands of litigants to frustrate our judicial system. *See Cameron v. Greenhill,* 582 S.W.2d 775, 776 (Tex. 1979); *Drake v. Walker,* 529 S.W.3d 516, 528-529 (Tex. App.—Dallas 2017, no pet.).

## RULING

Having Considered Movant's Motion to Recuse, the Court Rules as follows:

The Court **CONCLUDES** that the filing by Movant does Not justify the recusal of the Trial Judge. Movant has filed an unverified Motion to Recuse. Movant's assertions are based on Judge Hathcock's rulings in the case and the facts the Judge learned from his participation in the case. Further, the filing of suit by Movant against the Judge does not merit recusal of the Judge. Movant has not stated with detail and particularity facts that, if proven, would be sufficient to justify recusal. Accordingly, Movant's Motion to Recuse does not comply with Tex. R. Civ. P. 18a. **THEREFORE,** Movant's Motion to Recuse is HEREBY **DENIED.**

**IT IS SO ORDERED.**

SIGNED this 6th Day of November, 2020.

Judge Margaret G. Mirabal
Presiding Judge

4 of 4

58

The following is the email from Jenna Lenee Jackson to plaintiff wherein Jenna is seen REJECTING Plaintiff's Job Offer which shows that Jenna LIED to police officers about only "working" for Plaintiff upon Jenna meeting Plaintiff on a website named: sugardaddyforme.com after Jenna was RAPED and sadly tricked into getting an abortion by a pimp named: Vadik Marmer, in exchange for Jenna to be seen being exploited as a "celebrity" for the "BURNING MAN", as Vadik Marmer proudly posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see:

Subject: Re: moving forward
From: Jenna
Date: Thu, 13 Jun 2013 10:28:11 -0700
To: Kyle

Hello Kyle,

I am emotionally mature, certainly have the ability to communicate just fine and I am not guarded. Unfortunately, we do not share the same vision. I have needed more time then I expected to gather my thoughts and it has become quite evident that this venture is not even close to the top list of my priorities.

I'm over my last visit with you but you showed me that I cannot work with you. I can slow my tongue but I cannot bite my tongue.

**I am rejecting your offer but I wish you the best of luck in filling this position. I trust you will find the right fit!**

Please give me a heads up when you pay the phone bill for the company. You can take me off and I will take over starting next bill cycle.

Thank you!

Warmest Regards,

Jenna
Sent from my iPhone

NOTE: LYING TO POLICE OFFICERS GIVES POLICE OFFICERS PROBABLE CAUSE TO APPREHEND JENNA SO THAT JENNA CAN TELL THE POLICE OFFICERS WHY JENNA HAS BEEN LYING TO POLICE OFFICERS TO PROTECT JENNA'S PIMP, RAPIST, BABY KILLER, AND CULT LEADER NAMED: VADIK MARMER, WHO PROUDLY POSTED A VIDEO ON FACEBOOK TITLED: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", FOR THE WHOLE WORLD TO SEE.

The following are emails between Leslie Massad and Jack Sigman wherein Jack Sigman informs Leslie that Jack must have me AUTHORIZE the sharing of my medical records because Jack did NOT have court order:

From: Leslie Massad
To: Jack Sigman
Subject: RE: {EXTERNAL} Re: Guardian ad Litem
**Date: Thursday, January 7, 2016, 9:10 AM**

Hi Jack, I would love to meet with you and Kyle. I would also really appreciate getting a copy of the psych eval, can I do that?

Leslie

From: Jack Sigman
To: Leslie Massad
Cc: Kyle Holland
Subject: RE: (EXTERNAL) Re: Guardian ad Litem

| **Sent: Thu 1/07/16 12:46 PM** | |
|---|---|
| | |

Leslie,

Kyle is meeting with Dr. Dubin and his staff right now. I expect it will take a week or two before there is a written report. **Kyle will have to authorize me to share the report.** I will check with him about that issue. In the meantime, we do need to meet to discuss phone calls and visits with his children. I hope we can do that sometime next week.

Many thanks in advance for your courtesy and cooperation in this matter.

John M. (Jack) Sigman
Partner, Sigman and Sigman, LLP
1205 West 43rd Street
Austin, Texas 78756
512-451-3222
512-451-3255 fax
jack@sigman-law.com
-------------------------------------------
In the lawsuit that I filed against Leslie Massad, I provided the email that Leslie Massad, and Jack Sigman, received from Gabby Kobersky (Dr. Dubin's Administrative Assistant at the time of the offense), with a copy of Dr. Dubin's mental evaluation of me, that my father paid Dr. Dubin $4000 dollars to produce, after Judge Hathcock ruled that I did not need another mental evaluation, upon Leslie Massad recommending to Judge Hathcock that I proceed to a final hearing in front of a Jury, which happened in a hearing in August of 2015, however those court transcripts have been sealed by Judge Hathcock, in spite of my lawful request for the transcripts (CASE #: D-1-FM-03-000048).

The email that Leslie Massad and Jack Sigman received from Gabby took place on the afternoon that I was apprehended by Officer Stanley Vick (February 3rd, 2016), at a Krispy Kreme donut shop, and taken to the Georgetown Behavioral Institute, after Stanley Vick and Jack Sigman emailed me with the intention to entrap me, and take me to the Georgetown Behavioral Institute, so that Gabby could send the mental evaluation of Dr. Dubin to Leslie and Jack, on the very afternoon that I was apprehended in the Georgetown Behavioral Institute.

From: Gabby Kobersky
To:Leslie.Massad, sigmanlaw, kyle holland
Date: Wed, February 3, 2016 at 4:47 P.M.
Subject: Completed Evaluation Kyle Holland
Mailed-by: Psycharts.com
On Wed, Feb 3, 2016 at 4:47 PM, Gabby Kobersky wrote:

Thank you,

Warm regards,

Gabrielle Kobersky

Business Office Manager
Psychological ARTS & Dr. Dubin's Office
7801 N. Lamar BLVD STE#B169
Phone: (512) 343-8307
Fax: (512) 524-2230
Email: Gabby@psycharts.com
Web: www.psycharts.com

Confidentiality Notice:  This communication is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law.  If you are not the intended recipient, you are notified that any use, dissemination, distribution, or copying of the communication is strictly prohibited.

Jack and Leslie and Gabby, and Dr. Dubin, knew that they did not have a court order or my prior written consent to share Dr. Dubin's-filled mental evaluation of me, which is why I was emailed by Officer Vick, so that I could be taken to the Georgetown Behavioral Health Institute, during which time the email was sent by Gabby to Leslie and Jack.

Jack then took the mental evaluation to Judge Hathcock's courtroom, and entered the evaluation into the court reporter's record against my objections, so that Greg Hitt (my ex-wife's attorney) could use the mental evaluation against me in Judge Scott Jenkins' court room, in the final hearing, in spite of my objections.

Leslie and Greg then used the mental evaluation against me in Scott Jenkins' court room, in the final hearing, with the malicious intent to take away my civil liberties with my children, simply because I went public with Jenna's story, wherein Jenna was raped and sadly tricked into getting an abortion by a pimp named: Vadik Marmer, who proudly posted a video on Facebook, for the

61

whole world to see, in which Vadik admitted to brainwashing "Girls" (like Jenna) into the Burning Man Cult, as Jenna actually WAS brainwashed into Vadik's cult.

I have already pointed out that Judge Scott Jenkins refused to allow me to subpoena my sister in law (Mary Ann) to the court, after Mary Ann filed an affidavit into court, and lawyers know that affidavits are not one way communications, and that people have to answer questions about affidavits that they file, under the rules of discovery.

I have also pointed out that Judge Scott Jenkins refused to allow Raymond Chase Holdridge, and Krista Monroe, and Christopher Troy Gary to testify at the final hearing, so I had the aforementioned people sign notarized letters of testimony, and submitted those signed and notarized letters of testimony, into the court, however the first, and third court of appeals, told me that the case was already closed by "mandate", so I could not enter any more evidence into court.

Below is the links to each of the notarized letters of testimony that have not been allowed in my cases:
https://drive.google.com/file/d/0Bw5mUKg3flPKWGVrZkRDNm8yeDA/view?usp=sharing
https://drive.google.com/file/d/0Bw5mUKg3flPKOVQ4WURTQU00Z00/view?usp=sharing
https://drive.google.com/file/d/0Bw5mUKg3flPKV3A4YWlzR0tvOW8/view?usp=sharing

One other worrisome point to ponder is that my lying ex-wife was allowed to take the witness stand, and testify, however I was not allowed to cross-examine Kristine, which is a violation of court procedure.

One of Kristine's most blatant lies is that I "had to be removed by security from Dr. Telch's offices" and since I asked to see the report that security wrote to document my removal by security, and the event NEVER HAPPENED, Judge Scott Jenkins made sure that I was not allowed to cross examine my ex-wife, after my ex-wife told lies, under oath AND Judge Scott Jenkins refused me the ability to subpoena, or depose, Dr. Telch, after Judge Scott Jenkins refused to look at the following email from Dr. Telch, wherein Dr. Telch informs me why he would not see me, and the reason why Dr. Telch would not see me had NOTHING to do with me being removed from Dr. Telch's offices by "security":

FROM: Telch, Michael J., Ph.D., Professor
To: Kyle Holland
Cc: Charles Holland; Jacob Stokes; adamrcobb@utexas.edu
SUBJECT: Psychological Evaluation
**Date: Wed 4/8/2015 4:58 AM**
**Dear Mr. Holland:**
**This email is to formally inform you that given your failure to complete our required online screening instruments sent to you on January 13, 2015, we will be unable to complete your psychological evaluation.**
Below I have listed several possible community referrals that might be able to provide you the services that you are seeking.
http://austinpsychiatrists.com/NPA/AboutNPA
http://www.neurobehavioralaustin.com/ServicesProvided.en.html

Best Regards,

Dr. Telch

Michael J. Telch, Ph.D.
Professor of Psychology
Director, Laboratory for the Study of Anxiety Disorders
The University of Texas at Austin
1 University Station, A8000
Austin, TX 78712-0187
(512) 475-8488 (Office)
(512) 471-3393 (Secretary)
(512) 404-9118 (Lab)
(512) 590-8657 (FAX)
The information transmitted in this email is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this email in error, please contact the sender and delete the material from any computer.

NOTE: This email PROVES that Kristine Scroggie LIED under oath and now Judge ANDREW HATHCOCK has been told about the FELONY OF LYING BY KRISTINE SCROGGIE UNDER OATH for which Judge ANDREW HATHCOCK may be IMPEACHED for REFUSING to report the Felony of LYING BY KRISTINE SCROGGIE UNDER OATH, according to the Judges Canons that Judge ANDREW HATHCOCK swore an oath on the Bible to live by while talking to "GOD".

63

Emails from Vadik wherein Vadik THREATENED Plaintiff with violence for asking Jenna to tell Jenna's TRUE life story wherein Jenna was RAPED, and SADLY TRICKED into getting an ABORTION, by a PIMP named: Vadik Marmer, who PROUDLY posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see after Vadik got Jenna to carry out a pre-meditated human sacrifice of Jenna's unborn fetus in a legalized genocide called: an abortion, making Vadik guilty of murder in the first degree:

From: Jenna Jackson
To: Kyle Holland
2/1/15
Hi Kyle

This is Vadik
I have your name, number, address and your friends phone number
If you send email, msg, phone, letter or any way to contact Jenna or try to embarrass her in any way with your messages. I will contact the police.  This is your final warning

Vadik (JENNA'S PIMP, RAPIST, and BABY KILLER)

---

From: Jenna Jackson
2/1/15
To: Kyle Holland

You fucking fuck not only did I msg you I also called you but you were too scared to pick up
I Vadik give you this promise that if you continue sending her msg or email I will personally take care of this myself

By the way me and her have been fucking on and off since 2007 and I know everything about her so your news and bullshit stories don't work on me

We are on vacation till Monday

Don't fucking send me or her messages

Don't ask your friends to bomb our Facebook

Forget that we exist and rot in your own misery without involving us in it

A big fuck you to you

Vadik (JENNA'S PIMP, RAPIST, and BABY KILLER)

NOTE: JUDGE ANDREW HATHCOCK HAS BEEN INFORMED ABOUT VADIK MARMER RAPING JENNA LENEE JACKSON AND JUDGE AUSTIN'S REFUSAL TO REPORT THE FELONY RAPE OF JENNA BY VADIK IS AN IMPEACHABLE OFFENSE!!!

D 1 FM-03-000048

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

**Motion to Recuse Judge**

This Motion to Recuse Judge is brought by Kyle Holland, Movant, who shows in support:

1.     Judge Margaret Mirabal has been SUED by Movant, in Federal Court, and therefore can no longer preside over this case.

2.     Judge Margaret Mirabal has a personal bias, and prejudice against, Kyle Holland, a party to this case, in that Judge Margaret Mirabal has been SUED by Kyle Holland, in Federal Court, for OBSTRUCTING JUSTICE, and for administering a court based upon PREJUDICED IDEOLOGIES and BIASED BELIEFS. Kyle Holland asserts that according to the Code of Ethics, and the Judge's Canons, which govern the behavior of a Judge, that a Judge is to remain FAIR and IMPARTIAL and UNBIASED in a case. The rules for administering a court specify that a Judge is to OVERSEE THE ADMINISTRATION OF A COURT'S BUSINESS WITHOUT FAVORING A PARTY IN A CASE, and Texas Law specifies that an IMPARTIAL JURY IS TO DO THE JUDGING IN A CASE. Judge Margaret Mirabal has shown that she is INCAPABLE of ADMINISTERING A COURT WITHOUT PREJUDICES OR BIASES, so instead of RECUSING A FELLOW PREJUDICED JUDGE NAMED: ANDREW HATHCOCK, and opening up the court to EXAMINE EVIDENCE the through "civil" process of DISCOVERY, Judge Margaret Mirabal participated in ex-parte communications with Greg Abbott, and Ken Paxton, and Andrew Hathcock, AND then willfully accepted monetary payments from GREG ABBOTT (which were taken from Kyle Holland by Greg Abbott, and Ken Paxton, under the disguise of "child support"), as a member of a criminal organization that Greg Abbott orchestrated as the "HEAD OF STATE", using the phrase: "The STATE of Texas", under the "color of law", so that Judge Margaret Mirabal could provide the aforementioned white collar criminals with IMMUNITY from PROSECUTION, and Margaret Mirabal's OBSTRUCTION of JUSTICE includes hindering the apprehension of Greg Abbott, and Ken Paxton, and Andrew Hathcock with the malicious intent to further OFFICIALLY OPPRESS Kyle Holland.

Page 1 of 3

3.    Judge Margaret Mirabal has personal knowledge of disputed evidentiary facts in this case, in that Kyle Holland presented evidence against Judge Andrew Hathcock wherein Judge Andrew Hathcock REFUSED to allow Kyle Holland to cross-examine Mary Ann Thompson-Frenk after Mary Ann presented an affidavit into court (which is a violation of due process), and then Judge Andrew Hathcock sealed the court transcripts in an attempt to cover up the scheme (which is a violation of Texas State Laws, and Federal Laws, and International Laws), and then Judge Margaret Mirabal voluntarily RUSHED to the DEFENSE of Judge Andrew Hathcock, in return for monetary payments as a "STATE" employee (which is a violation of Texas State Laws, and Federal Laws, and International Laws ), which makes Judge Margaret Mirabal COMPLICIT IN THE CRIMINAL ACTS OF JUDGE ANDREW HATHCOCK.

Kyle Holland prays that the Court grant the Motion to Recuse Judge Margaret Mirabal.

Kyle Holland, Pro Se Litigant
Kyleholland@msn.com
4430 Menchaca Rd. #3
Austin, TX 78745
512-985-4720

### Verification

The undersigned states under oath: "I am Movant in the foregoing Motion to Recuse Judge Margaret Mirabal. I have personal knowledge of the allegations and facts stated in it, and they are true and correct in that I SUED Judge Margaret Mirabal in Federal Court so that Judge Margaret Mirabal's ORDER REFUSING to RECUSE Judge Andrew Hathcock may not continue to obstruct Movant from getting Justice."

Affiant

SIGNED under oath before me on    18 Dec 2020

Leah Hargrave
Notary Public, State of Texas

### Certificate of Service

I certify that a true copy of the above was served on each party in accordance with rule 18a(d) of the Texas Rules of Civil Procedure on December 21st, 2020.

Kyle Holland, Pro Se Litigant

LEAH HARGRAVE
Notary Public, State of Texas
Comm. Expires 11-02 2024
Notary ID 132760314

Page 2 of 3

D-1-FM-03-000048

### Order of Recusal

On presentation to the Court of this Motion to Recuse Judge Margaret Mirabal, the undersigned Judge recuses herself from this case.

The Presiding Judge of this administrative judicial district is requested to assign another judge to sit in this case.

SIGNED on _____    ___

_____    _____
JUDGE PRESIDING

Page 3 of 3

67

## Summary:

Plaintiff has already brought a Federal Lawsuit against Texas "STATE" Employee: Leslie Massad however a lying, prejudiced, white supremacist Judge named: Mark Lane, recommended to the presiding Judge: Lee Yeakel, that the suit be dismissed in spite of Leslie Massad having violated Plaintiff's constitutionally protected civil liberties with Plaintiff's children by telling LIES UNDER OATH, while "acting" under the "color of law" which is a FEDERAL CRIME. The Court Case # is: A18CV 004LY and the case was dismissed however Plaintiff has appealed to the 3rd circuit and the 5th circuit to overturn Lee Yeakel's dismissal in the "special interest of Justice" so that the lying, prejudiced and racist employees and Judges of the "STATE" of Texas are not allowed to do to Plaintiff what the NAZI CHRISTIAN THIRD REICH to the non-members of the lying, prejudiced, and racist CHRISTIAN "party" in Germany from 1928-1945. In order to state claim for deprivation of rights under 42 USCS § 1983, plaintiff must show that (1) conduct complained of was committed by person acting under color of law; (2) defendants' conduct in fact deprived them of rights, privileges or immunities secured by Constitution or laws of United States; (3) defendants' conduct caused deprivation of federal constitutional rights; and (4) defendants' conduct must have been intentional, grossly negligent, or must have amounted to reckless or callous indifference to constitutional rights of others. Neris v Vivoni (2003, DC Puerto Rico) 249 F Supp 2d 146. Plaintiff has shown that Leslie Massad (Defendant in case#: A18CV 004LY) is a "Guardian ad Litem", in the employ of the "State" of Texas, and that Leslie Massad's conduct was committed while Leslie Massad was "acting" under the color of law.   Plaintiff maintains that Leslie Massad's conduct in fact deprived Plaintiff of the equal human right to see, and speak to, Plaintiff's children simply because Plaintiff went public with the true story of Plaintiff's black girlfriend (Jenna Lenee Jackson) wherein Jenna was raped, and sadly tricked into getting an abortion by a pimp named: Vadik Marmer, in exchange

for Jenna to be seen being exploited as a "celebrity" for a Satanic Cult in San Francisco by the name of the: "BURNING MAN", while Vadik PROUDLY posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see.    Leslie Massad's conduct of telling lies, under oath, in a final hearing in case#: D-1-FM-03-000048, deprived Plaintiff of the Federal Constitutional Right to have a black girlfriend, while seeing, and speaking to, Plaintiff's children and that Leslie Massad intentionally LIED under oath in the hearings leading up to the final hearing and in the final hearing with callous indifference to Plaintiff's Constitutional rights.

Plaintiff has informed Judge Laura Barker in the Court of Georgetown that Plaintiff has already sued nine white-supremacist Christian Terrorist Judges in Texas "STATE" Court however the 1st and 3rd Court of Appeals has refused to hold accountable the other white supremacist Christian Terrorist Judges named: Andrew Hathcock, and Scott Jenkins for their criminal involvement in case#: D-1-FM-03-000048.    Plaintiff has also informed Judge Laura Barker that Plaintiff has already gone to the Texas "STATE" Judiciary Conduct Committee and that all of the Judiciary Conduct Committee has been appointed by Greg Abbott's white supremacist Christian Terrorist Regime so all of the members within the Texas "STATE" Judiciary Conduct Committee have also REFUSED to hold accountable their fellow white supremacist Christian Terrorist "Friends" who have been appointed to the positions of Judges, the same way that the Nazi "Christian" Third Reich REFUSED to hold members of its own "party" responsible for telling lies, or for resorting to violence, or for violating a non-member's civil liberties.    Plaintiff has informed Judge Laura Barker that Plaintiff has spoken with Alan Buie at the Department of Justice, AND Plaintiff has spoken with an investigator at the Federal Bureau of Investigation while Plaintiff was in the process of filing Federal Lawsuits against

Texas "STATE" employees: Judge Andrew Hathcock, Judge Scott Jenkins, and attorneys: John "Jack" Sigman, Ed Burbach and Greg Hitt.  In order to state claim for deprivation of rights under 42 USCS § 1983, plaintiff must show that (1) conduct complained of was committed by person acting under color of law; (2) defendants' conduct in fact deprived them of rights, privileges or immunities secured by Constitution or laws of United States; (3) defendants' conduct caused deprivation of federal constitutional rights; and (4) defendants' conduct must have been intentional, grossly negligent, or must have amounted to reckless or callous indifference to constitutional rights of others. Neris v Vivoni (2003, DC Puerto Rico) 249 F Supp 2d 146.

Plaintiff has shown that Andrew Hathcock and Scott Jenkins are Judges, in the employ of the "State" of Texas, and that Andrew Hathcock's and Scott Jenkins' conduct was committed while the Judges were "acting" under the color of law.   Plaintiff maintains that Andrew Hathcock's and Scott Jenkins' conduct in fact deprived Plaintiff of the equal human right to see, and speak to, Plaintiff's children simply because Plaintiff went public with the true story of Plaintiff's black girlfriend (Jenna Lenee Jackson) wherein Jenna was raped, and sadly tricked into getting an abortion by a pimp named: Vadik Marmer, in exchange for Jenna to be seen being exploited as a "celebrity" for a Satanic Cult in San Francisco by the name of the: "BURNING MAN", while Vadik PROUDLY posted a video on Facebook titled: "HOW TO BRAINWASH GIRLS INTO THE BURNING MAN CULT", for the whole world to see.  Andrew Hathcock's conduct of refusing Plaintiff to depose Mary Ann Thompson-Frenk after Plaintiff caught Mary Ann telling lies under oath in a a deposition AND Andrew Hathcock's sealing court transcripts because Plaintiff caught LESLIE MASSAD telling LIES under oath before and during the final hearing in the hearings leading up to the final hearing in case#: D-1-FM-03-000048 AND Scott Jenkins behavior of refusing Plaintiff the right to cross-examine Plaintiff's ex-wife in the final

70

hearing AND Scott Jenkins behavior of refusing to put the deposition of Dr. Dubin into the court record because Plaintiff caught Dr. Dubin telling LIES UNDER OATH, deprived Plaintiff of the Federal Constitutional Right to have a black girlfriend, while seeing, and speaking to, Plaintiff's children and that Andrew Hathcock and Scott Jenkins intentionally obstructed Justice with callous indifference to Plaintiff's Constitutional rights.

The terms for holding accountable LIARS and corrupt Judges who obstruct Justice, while telling LIES about another person's "mental health, while working with "STATE" or "Government" employees, are defined by the Texas Civil Practice and Remedies Code, the Penal Code, and the Criminal Code. Accordingly, Plaintiff has filed this lawsuit against Defendant, with the intent to remedy the white collar crime committed by Andrew Hathcock, non-violently, in a court of law.  Plaintiff respectfully requests that the Court over-rule any of Defendant's attempts to invoke provisions of immunity in the Texas Civil Practice and Remedies Code because this court case sets PRECEDENT for other innocent victims, and as such other innocent victims should be allowed to receive RELIEF, and JUSTICE, from the oppression of LIARS, in spite of lying, prejudiced, white supremacist, "Christian" Terrorists, having made it into positions of corrupt Judges, and unprincipled attorneys, IN AMERICA; corrupt Judges, and unprincipled attorneys, which are merely bullies with law degrees, who are doing their best to tell LIES to keep people who tell the truth, living in conditions of extreme poverty, the same way that members of the Nazi "Christian" Third Reich told LIES about a non-members "mental health", in "official" medical records, in Germany from 1928-1945, with the malicious intent to keep a non-member of the Nazi "Christian" Third Reich, living in conditions of extreme poverty.

Plaintiff asserts that, when Defendant is held liable for obstructing justice as a Judge, as if Defendant is a member of the Nazi "Christian" Third Reich, and Plaintiff is being treated as a

non-member of the Nazi "Christian" Third Reich, in Germany, from 1928-1945, then the above referenced case will be cited as PRECEDENT, and as such the damages recoverable should be un-limited, so that in the future all CORRUPT JUDGES ARE ACTUALLY DETERRED from obstructing Justice, as was intended when the people with common sense (who made the laws to protect American Citizens from Klu-Klux-Klan members, who made it into positions of man-made power, and authority, called: Judges, and Attorneys, who had merely become bullies with law degrees), as provided by the: Texas "STATE" penal code, the Texas "STATE" criminal code, and the Texas "STATE" Civil Practice & Remedies Code, AND the U.S. Federal codes for: REMEDY and RELIEF.

Plaintiff notes that when Defendant is held liable for economic damages, due to Defendant obstructing Justice, that recovery of damages is not limited by ANY section of the Texas "Civil" Practice and Remedies Code because obstructing Justice as a JUDGE is a VIOLENT WHITE COLLAR CRIME, and as such there is nothing "civil" about a Judge OBSTRUCTING JUSTICE so the Code should actually not have a misleading name such as the "Texas CIVIL Practice and Remedies Code" however the code should be called something with more common sense such as the: "Consequences for practicing UNCIVIL behaviors Code". Plaintiff also respectfully notes that Plaintiff did not actually have to pay, or incur ANY costs, to have Defendant obstruct Justice because Defendant was more than happy to obstruct Justice FREE of CHARGE, AND Plaintiff did have to suffer through the illegal apprehension of Plaintiff by a delusional terrorist police officer named: Stanley Vick, who told LIES about Plaintiff's "mental health" on the previously provided "Notification of Emergency Detention" paperwork that police officer: Stanley Vick submitted to the G.B.H.I. with the malicious intent to keep Plaintiff incarcerated by the Georgetown Behavioral Health Institute for NINETY DAYS,

at over $2,200 per day (insurance) or $1,100 per day (personally), without Plaintiff committing ANY CRIMES, and that Plaintiff was subsequently held for SIX DAYS without Plaintiff being charged with a CRIME, which is a violation of Plaintiff's CONSTITUTIONAL RIGHTS. Plaintiff also notes that ever since Defendant signed a court order refusing to allow Plaintiff to depose Plaintiff's sister-in-law: Mary Ann Thompson-Frenk that Mary Ann has REFUSED to have a business meeting with Plaintiff and as such the business arrangement between Plaintiff's company: Greenstar Goods, Inc., and TEU Services, in Kerrville Texas, has been irreparably HARMED. Plaintiff has requested that the owner of TEU Services: Tommy Carpenter, and one of Plaintiff's investors: George Pitra, and an acquaintance of Plaintiff: Terry Michael Shannon, be summoned to the court to confirm that Tommy Carpenter told Plaintiff that "upon the successful completion of Mary Ann's second round investment of $2 Million dollars in Greenstar Goods, Inc., that TEU Services and Greenstar Goods, Inc., would do $25 Million dollars in business together over the following 12 month period (which Tommy Carpenter stated to George Pitra and Plaintiff), and $100 Million dollars in business together over the following 36 month period" (which Tommy Carpenter stated to Terry Michael Shannon and Plaintiff). Plaintiff maintains that Defendant's LIES about Plaintiff's "mental health", in Plaintiff's "official' medical records, have certainly caused Plaintiff HARM, for which Plaintiff is entitled to receive RELIEF for DAMAGES, through monetary compensation, in a court of law.

### DISCOVERY:

Discovery shall be conducted pursuant to Rule 190.4- By Order (Level 3). The court must, on a party's motion, order that discovery be conducted in accordance with a discovery control plan tailored to the circumstances of the specific suit. The court should act on a party's motion as promptly as reasonably possible. The plan: (1) date for a trial setting; (2) a discovery period during which discovery is to be conducted for an appropriate phase of the case; and (3)

prosecutors may join additional parties at any time a party is found to be telling lies or giving inconsistent statements during the proceeding. Plaintiff proposes that the trial of Judges MARGARET MIRABAL and ANDREW HATHCOCK and the rest of the aforementioned Judges in this CRIMINAL COMPLAINT be held on January 25th, 2021 and that discovery be conducted over the course of the preceding weeks leading up to the trial. As part of "discovery" Plaintiff requests that the court ORDER MARGARET MIRABAL to explain WHY MARGARET MIRABAL IGNORED the EVIDENCE that Plaintiff provided to the court which PROVES that Judge ANDREW HATHCOCK took Plaintiff's children away when Plaintiff did NOT COMMIT ANY CRIMES. Plaintiff further requests that the presiding Judge over this case ADMITS that the court system is the appropriate place for holding liars accountable as Plaintiff cites the following LAWS: 1) Civil Practice and Remedies Code Title 4. LIABILITY IN TORT Chapter 73. LIBEL sub-chapter A. General Provision Sec. 73.001. ELEMENTS OF LIBEL, 2) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.01., 3) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.02., 4) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.03. AGGRAVATED PERJURY, 5) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.06. INCONSISTENT STATEMENTS, 6) Penal Code Title 8. Offenses against Public Administration Chapter 37 Perjury and other Falsification Sec. 37.08. FALSE REPORT TO PEACE OFFICER, FEDERAL SPECIAL INVESTIGATOR, OR LAW ENFORCEMENT EMPLOYEE, 7) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.05. HINDERING APPREHENSION OR PROSECUTION, 8) Penal Code Title 8. Offenses against Public Administration Chapter 38

74

Obstructing Governmental Operation Sec. 38.16. PREVENTING EXECUTION OF CIVIL PROCESS and 9) Penal Code Title 8. Offenses against Public Administration Chapter 38 Obstructing Governmental Operation Sec. 38.171. FAILURE TO REPORT FELONY.

## PRAYER:

Plaintiff PRAYS for the FEDERAL COURT, in Austin, Texas, and the 3rd Court of Appeals, and the 5th Circuit, and the Federal Bureau of Investigation, and the Department of Justice, and the Texas Rangers to work with the Biden/Harris Administration and the INTERNATIONAL CRIMINAL COURT, to APPREHEND, and PROSECUTE Texas Governor: Greg Abbott, and Texas Attorney General: Ken Paxton, and Andy Oldham, and Texas Guardian Ad Litem: Leslie Massad, and Judges MARGARET MIRABAL, and ANDREW HATHCOCK, and the rest of the aforementioned Judges in this CRIMINAL complaint, for Official Oppression (using the "STATE" of Texas as a cover for a CRIMINAL ORGANIZATION), AND for hindering the apprehension of, and the prosecution of GREG ABBOTT, and KEN PAXTON, and for providing GREG ABBOTT and KEN PAXTON IMMUNITY from PROSECUTION, in return for MONETARY PAYMENTS, which were taken from American Civilians under the disguise of "child support" payments, AND for participating in a CRIMINAL ORGANIZATION whicih has been OBSTRUCTING JUSTICE, and depriving people of their civil liberties, without DUE PROCESS, under the "color of law", AND for REFUSING to report the FELONY RAPE of Jenna Lenee Jackson by Vadik Marmer to the "appropriate" authorities.

Respectfully submitted,

By: /s Kyle Holland
KYLE HOLLAND
United States Citizen
4430 Menchaca Rd. #3,

Austin, Texas, 78745

Kyleholland71@gmail.com, kyleholland@msn.com

## Certificate of Service

On December 21st, 2020, I served a copy of the foregoing via electronic mail at: The Information and Evidence Unit of the Office of the Prosecutor at The Hague, in The Netherlands:

otp.informationdesk@icc-cpi.int, alan.buie@usdoj.gov, Austin.SA@fbi.gov, rangers@dps.texas.gov, marlow.stern@thedailybeast.com, shawn.dick@wilco.org, mike.davis@wilco.org, eric.vinson@scjc.texas.gov, news-tips@nytimes.com, news@kut.org, newstips@statesman.com, lpitts@miamiherald.com, rachel@msnbc.com, alexisholland1335@gmail.com, adam.elmahrek@latimes.com, pjankowski@statesman.com, frank.saldana@austintexas.gov, fioannou@sfchronicle.com, 3rdclerksandreporters@txcourts.gov, asegura@efeamerica.com, lindernelson@aol.com, Carrie.Sutherland@unthsc.edu, mtuma@austinchronicle.com, talon_eye@yahoo.com, clindell@statesman.com, jawalker@sbgtv.com, editors@statesman.com, reportit@kxan.com, mark.maremont@wsj.com, kentschaffer@gmail.com, jnelson@susmangodfrey.com, William.costello@austintexas.gov, brandi.stokes@gmail.com, Senator@blumenthal.senate.gov, Veronica@Veronicaescobar.com, debbie@debbie2018.com, jfritzo@jillfritzopr.com, comments@wendyshow.net, Christopher.Anderson@austintexas.gov, Mark@markzaid.com, lee.fang@theintercept.com, policeoversight@austintexas.gov, kkholland@msn.com, megan.crenshaw@traviscountytx.gov, cjoh176155@aol.com, lindanuno777@outlook.com, judy.helms@traviscounty.tx.gov, christopher.gary@g.austincc.edu, and surfseal7@gmail.com.

SIGNED: December 21st, 2020

__/s Kyle Holland__
Kyle Holland, Pro Se

76

Attachment 11 - Certificate of Service

## CERTIFICATE OF SERVICE

I, _____Kyle Holland_____, Plaintiff pro se, do here by certify that on the ___22ND___ Day of ___December___, 20 _20_, a true and correct copy of the foregoing pleading was forwarded to _____, the attorney for (Defendant) by ___(State the manner of delivery - eg. U.S. Mail; Hand Delivery; Certified Mail)___ at the following address:___(give address of Attorney for the Defendant)___.

Travis County Courthouse

Efile Tx

_____

_____

Dated: ___12/22/2020___

_____
Signature of Plaintiff